Case 3:08-cv-01582-H-NLS    Document 1    Filed 08/28/2008    Page 1 of 14

ORIGINAL

FILED

08 AUG 28 PM 3:24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

DAVID A. DILLARD, CA Bar No. 97515
david.dillard@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiffs,
SUNTECH POWER HOLDINGS CO., LTD.,
WUXI SUNTECH POWER CO., LTD., and
SUNTECH AMERICA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTECH POWER HOLDINGS CO., LTD., a corporation of the Cayman Islands, WUXI SUNTECH POWER CO., LTD., a corporation of the People's Republic of China; and SUNTECH AMERICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SHENZHEN XINTIAN SOLAR TECHNOLOGY CO., LTD., a corporation of the People's Republic of China, and SUN TECH SOLAR CO., LTD., a Hong Kong corporation<br><br>Defendants. | Case No. '08 CV 1582 H NLS<br><br>COMPLAINT FOR:<br>(1) INFRINGEMENT OF A FEDERALLY REGISTERED TRADEMARK;<br>(2) INFRINGEMENT OF AN UNREGISTERED TRADEMARK; AND<br>(3) UNFAIR COMPETITION<br><br>DEMAND FOR JURY TRIAL |

I. **JURISDICTION**

1. This is an action for infringement of a federally registered trademark pursuant to 15 U.S.C. §1114, infringement of an unregistered trademark pursuant to 15 U.S.C. §1125(a), and unfair competition under California Business &

-1-

1  Professions Code §17200, *et seq.*, and under California common law. This Court
2  has jurisdiction under 15 U.S.C. §1121 and 28 U.S.C. §1338(a). This Court has
3  supplemental jurisdiction over Plaintiffs' state law claims under 28 U.S.C.
4  §§133(a) and 1367(a).

5      2.    This Court also has diversity jurisdiction under 28 U.S.C. §1332.
6  There exists diversity of citizenship of the parties, and the amount in controversy,
7  exclusive of interest and costs, exceeds the sum or value of $75,000.

8      3.    Venue is proper under 28 U.S.C. §1391(a) because a substantial part
9  of the events giving rise to Plaintiffs' claims arose in this District. Specifically, as
10 explained in detail below, Defendants currently are engaged in the activity giving
11 rise to this action in San Diego, California.

## II.  PARTIES

    4.    Plaintiff Suntech Power Holdings Co., Ltd., ("Suntech Power") is a corporation of the Cayman Islands, with its principal place of business at 17-6 Changjiang South Road, New District, Wuxi, Jiangsu Province 214028, People's Republic of China.

    5.    Plaintiff Wuxi Suntech Power Co., Ltd., ("Wuxi Suntech") is a corporation of the People's Republic of China, with its principal place of business at 17-6 Changjiang South Road, New District, Wuxi, Jiangsu Province 214028, People's Republic of China.

    6.    Plaintiff Suntech America, Inc. ("Suntech America") is a Delaware corporation doing business in California as Suntech Power, and has a place of business in California located at 188 The Embarcadero, Suite 800, San Francisco, California, 14501-1231.

    7.    Suntech America and Wuxi Suntech are wholly-owned indirect subsidiaries of Suntech Power.

    8.    Plaintiffs (collectively "Suntech") allege on information and belief that Defendant Shenzhen Xintian Solar Technology Co, Ltd. is a Chinese

CHRISTIE, PARKER & HALE, LLP

company of unknown legal status, with its principal place of business at Flat F, 6/F, Block A, Guo Du Golf Garden, Xin Sha Road, Fu Tian District, Shen Zhen City, People's Republic of China.

9. Suntech alleges on information and belief that Defendant Sun Tech Solar Co., Ltd. is a Hong Kong company of unknown legal status with its principal place of business at Flat B 2/F, Lung Wa Building, 22 Fuk Wa Street, Sham Shui Po, Kowloon, Hong Kong, 00852.

10. Plaintiffs allege further on information and belief that Defendants (collectively "Sun Tech Solar") do business in the United States, including this District, and advertise and market products and services within the United States, including this District.

### III. FACTUAL BACKGROUND AND GENERAL ALLEGATIONS

11. Plaintiff Suntech is one of the largest solar module providers in the world. It is a leader in the design and manufacture of solar energy solutions for a wide variety of customers, including commercial and residential. Suntech's solar module products include monocrystalline products, polycrystalline products and building integrated photovoltaic (BIPV) MSK solar design products. Suntech's products have had outstanding commercial success for over five years. Suntech's products are distributed nationwide and Suntech has sales offices and installation partners throughout the United States, including in California. Suntech advertises and promotes its products under its Suntech mark on its website, http://www.suntech-power.com/.

12. Suntech is the owner of United States Trademark Registration No. 3,111,705 for "Suntech" and design ("the '705 Registration") shown below:

**Suntech**

The '705 registration issued on July 4, 2006 and is valid and existing on the Principal Register of the United States Patent and Trademark Office (the "PTO").

A true copy of the '705 registration is attached as Exhibit A.

13. Suntech has been careful, skillful and diligent in its conduct of its business and has maintained uniform standards of high quality in its goods. As a result of these efforts, Suntech's "Suntech" mark has acquired public acceptance and is recognized by the public as being associated with high quality solar energy products, thereby creating goodwill which inures to Suntech's benefit.

14. Suntech is the owner of the unregistered mark "Suntech" used in conjunction with the marketing and sale of solar module products. Suntech's products bearing the mark "Suntech" are sold throughout the United States, including California.

15. Upon information and belief, Defendant Sun Tech Solar has used the trademarks "Sun Tech" and "Sun Tech Solar" in connection with the sale of solar modules that are strikingly similar to the solar module products marketed and sold by Suntech.

16. Defendant Sun Tech Solar utilizes a website to market, promote and sell its solar products, www.solarsuntech.com. This website is confusingly similar to Suntech's website and even uses Suntech's registered mark in the domain name. Sun Tech Solar's website can be accessed and viewed in the United States, including this District. Sun Tech Solar promotes its products and services on its website and provides customers and potential customers with contact information for the company, including phone, facsimile and email information. Sun Tech Solar's website provides a web link to email addresses in a China office, a Hong Kong office, and the factory, as well as an on-line form for submitting inquiries via the web. In addition, upon information and belief, the website has a link where one may register a username and password in order to post on the company's electronic bulletin board.

17. Upon information and belief, Sun Tech Solar has used its "Sun Tech" and/or "Sun Tech Solar" marks in the United States.

CHRISTIE, PARKER & HALE, LLP

18.  Upon information and belief, Defendant Sun Tech Solar has registered as an exhibitor and will exhibit a trade show booth at an upcoming trade show, the "Solar Power Conference & Expo" scheduled for October 13-16, 2008 in San Diego, California.  Plaintiff Suntech will also have a booth at this same trade show.  On a website promoting the trade show, located at http://www.solarpowerconference.com/, Defendant Sun Tech Solar's goods and services are advertised to the general public.  In addition, Sun Tech Solar, via the trade show website, advertises and markets its corporate profile and lists the categories of its products and services, including manufacturing and installing solar modules.  Defendant Sun Tech Solar also promotes its own website, www.solarsuntech.com, on the trade show website.

19.  Upon information and belief, Sun Tech Solar, in order to register as an exhibitor and the Solar Power Conference & Expo, entered into agreements or contracts with the organizers of the San Diego trade show.  Upon information and belief, these agreements or contracts were entered into and/or executed in this District.

20.  In addition to the San Diego trade show, upon information and belief, Sun Tech Solar has participated in other trade shows in the United States, including the Intersolar Solar Power trade show.

### FIRST CLAIM FOR RELIEF

**(Infringement of a Registered Trademark)**

21.  Plaintiff Suntech repeats and incorporates herein the allegations contained in paragraphs 1 through 20 above.

22.  The above-cited acts by Sun Tech Solar constitute infringement of a registered trademark in violation of 15 U.S.C. § 1114 in that Sun Tech Solar has used the marks "Sun Tech" and "Sun Tech Solar" in promoting and marketing its goods, thereby falsely designating the source of origin and affiliation, approval or

sponsorship of such goods.

23. Plaintiff Suntech has been damaged by Sun Tech Solar's trademark infringement by reason of the likelihood that customers and potential customers have been confused as to the source or affiliation, sponsorship or approval of Sun Tech Solar's goods and the relationship of such goods to Plaintiff Suntech.

24. Upon information and belief, Sun Tech Solar has profited from its actions of trademark infringement alleged herein.

25. By reason of Sun Tech Solar's actions alleged herein, Plaintiff Suntech is likely to suffer irreparable injury to its goodwill.

26. On information and belief, Sun Tech Solar's acts of infringement have been willful and taken without regard to the established rights of Plaintiff Suntech.

## SECOND CLAIM FOR RELIEF

### (Infringement of an Unregistered Trademark)

27. Plaintiff Suntech repeats and incorporates herein the allegations contained in paragraphs 1 through 26 above.

28. Suntech's "Suntech" mark is inherently distinctive and further has acquired distinctiveness as a result of its long exclusive use by Suntech.

29. The above-cited acts by Sun Tech Solar constitute infringement of an unregistered trademark in violation of 15 U.S.C. § 1125(a) in that Sun Tech Solar has used a mark which is confusingly similar to Suntech's unregistered "Suntech" trademark in promoting and selling its goods, thereby falsely designating the source of origin of such goods or whether Sun Tech Solar's goods are affiliated with or sponsored or approved by Suntech.

30. Suntech has been damaged by Sun Tech Solar's trademark infringement by reason of the likelihood that potential customers have been confused as to the source of Sun Tech Solar's goods and the relationship of such goods to Suntech.

CHRISTIE, PARKER & HALE, LLP

31. Upon information and belief, Sun Tech Solar has profited from its acts of trademark infringement alleged herein.

32. By reason of Sun Tech Solar's acts alleged herein, Suntech is likely to suffer irreparable injury to its goodwill.

33. On information and belief, Sun Tech Solar's actions have been willful and taken without regard for the established rights of Suntech.

### THIRD CLAIM FOR RELIEF

**(Unfair Competition)**

34. Suntech repeats and realleges paragraphs 1 through 33 hereinabove.

35. The above-described conduct of Sun Tech Solar constitutes unfair competition under the common law of the State of California.

36. As a result of such actions, Suntech has been damaged in an amount to be proven at trial.

37. The above-described conduct of Sun Tech Solar also constitutes unfair competition under California Business and Professions Code sections 17200 *et seq*.

38. Because Sun Tech Solar's conduct has been intentional, willful, and in reckless disregard of Suntech's rights, Suntech is entitled to punitive damages against Sun Tech Solar.

### PRAYER FOR RELIEF

WHEREFORE, Suntech requests entry of judgment in its favor and against Sun Tech Solar as follows:

A. A permanent injunction prohibiting Sun Tech Solar from:

1) using the trademarks "Sun Tech" or "Sun Tech Solar" alone or in combination with other words, symbols or designs including in any manner in connection with solar energy products; and

2) from using any representations of fact in connection with its

products which are likely to cause confusion, or to cause mistake or to deceive as to the affiliation, connection or association of Sun Tech Solar and Suntech, or as to the origin, sponsorship or approval of Sun Tech Solar's products by Suntech;

    B.    Compensatory damages and disgorgement of Sun Tech Solar's profits from the sale of goods in connection with which Sun Tech Solar has used the "Sun Tech" or "Sun Tech Solar" marks under 15 U.S.C. § 1117;

    C.    Treble damages pursuant to 15 U.S.C. § 1117;

    D.    Punitive damages;

    E.    Prejudgment interest, costs, expenses, and reasonable attorney's fees for this suit;

    F.    Such other and further relief as this court may deem just and proper.

DATED: August 28, 2008

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By _____
David A. Dillard
G. Warren Bleeker

Attorneys for Plaintiffs,
SUNTECH POWER HOLDINGS CO., LTD., WUXI SUNTECH POWER CO., LTD., and SUNTECH AMERICA, INC.

## DEMAND FOR TRIAL BY JURY

Plaintiffs Suntech Power Holdings Co., Wuxi Suntech Power Co., Ltd., and Suntech America, Inc. demand a trial by jury to decide all issues so triable in this case.

DATED: August 28, 2008

Respectfully submitted,
CHRISTIE, PARKER & HALE, LLP

By _____
David A. Dillard
G. Warren Bleeker

Attorneys for Plaintiffs,
SUNTECH POWER HOLDINGS CO., LTD., WUXI SUNTECH POWER CO., LTD., and SUNTECH AMERICA, INC.

SC PAS811209.1-*-08/28/08 11:33 AM

CHRISTIE, PARKER & HALE, LLP

**EXHIBIT A**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,111,705

**United States Patent and Trademark Office**  Registered July 4, 2006

## TRADEMARK
### PRINCIPAL REGISTER

**⛭Suntech**

WUXI SUNTECH POWER CO., LTD. (CHINA CORPORATION)
ROOM 1218, SECTION 1
SCIENTIFIC-TECHNICAL DEVELOPMENT GARDEN NATIONAL HI-TEC EXPLOIT DISTRICT OF WUXI
JIANGSU PROVINCE, CHINA

FOR: SOLAR BATTERIES; ELECTRIC ACCUMULATORS FOR VEHICLES; ACCUMULATOR BOXES; BATTERY BOXES; PLATES FOR BATTERIES; BATTERIES FOR LIGHTING; BATTERIES; BATTERY CHARGERS; GALVANIC BATTERIES; ELECTRIC BATTERIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-25-2004; IN COMMERCE 9-25-2004.

THE MARK CONSISTS OF THE WORD SUNTECH IN SPECIAL FORM WITH AN ARBITRARY DESIGN.

SER. NO. 78-644,467, FILED 6-6-2005.

ANDREA EVANS, EXAMINING ATTORNEY

℧JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

**ORIGINAL**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS<br>(SEE ATTACHMENT A) | DEFENDANTS<br>(SEE ATTACHMENT A) |
|---|---|
| (b) County of Residence of First Listed Plaintiff **CAYMAN ISLANDS**<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant **CHINA**<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| (c) Attorney's (Firm Name, Address, and Telephone Number)<br>(SEE ATTACHMENT A) | Attorneys (If Known)<br>**'08 CV 1582 H NLS** |

FILED
08 AUG 28 PM 3:24
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. Section 1114, 15 U.S.C. Section 1125 (a)
Brief description of cause:
Trademark infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 8/28/08
SIGNATURE OF ATTORNEY OF RECORD *S. Wan[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # 151527  AMOUNT $350.00  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____
ID 08/28/08

**Civil Cover Sheet - Attachment A**

**Attorney's (Firm Name, Address, and Telephone Number**

DAVID A. DILLARD, CA Bar No. 97515
david.dillard@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

**Plaintiffs**

SUNTECH POWER HOLDINGS CO., LTD., a corporation of the Cayman Islands, WUXI SUNTECH POWER CO., LTD., a corporation of the People's Republic of China; and SUNTECH AMERICA, INC., a Delaware corporation,

**Defendants**

SHENZHEN XINTIAN SOLAR TECHNOLOGY CO., LTD., a corporation of the People's Republic of China, and SUN TECH SOLAR CO., LTD., a Hong Kong corporation

```
            UNITED STATES
            DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
              SAN DIEGO DIVISION

        # 154527      - MB

        August 28, 2008
            15:29:16

          Civ Fil Non-Pris
USAO #.: 08CV1582 CIVIL FILING
Judge..: MARILYN L HUFF
Amount.:                    $350.00 CK
Check#.: BC7120



        Total-> $350.00


FROM: SUNTECH POWER HOLDINGS, ET AL
      VS SHENZHEN XINTIAN SOLAR
      TECHNOLOGY CO, LTD, ET AL
```