# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Suntech Power Holdings Co., LTD., a corporation of
the Cayman Islands; Wuxi Suntech Power Co.,
LTD., a corporation of the People's Republic
of China; and Suntech America, Inc., a
Delaware corporation,
                    Plaintiffs,

Shenzhen Xintian Solar Technology Co.,
LTD., a corporation of the People's Republic
of China; and Sun Tech Solar Co., LTD.,
a Hong Kong corporation
                    Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 1582 H NLS

FILED

2008 AUG 29 AM 10: 10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

TO: (Name and Address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

David A. Dillard, CA Bar No. 97515
G. Warren Bleeker, CA Bar No. 210834
Christie, Parker & Hale, LLP
350 West Colorado Boulevard, Suite 500
Post office Box 7068
Pasadena, California 91109-7068   (626) 795-9900 Phone, (626) 577-8800 Fax

An answer to the complaint which is herewith served upon you, within ___20___ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK
K. HAMMERLY

By _____, Deputy Clerk

AUG 29 2008

DATE

Summons in a Civil Action

Page 1 of 2

..ODMA\PCDOCS\WORDPERFECT\14443:1 May 5, 1999 (11:34am)