ORIGINAL

1   DAVID A. DILLARD, CA Bar No. 97515
    david.dillard@cph.com
2   G. WARREN BLEEKER, CA Bar No. 210834
    warren.bleeker@cph.com
3   CHRISTIE, PARKER & HALE, LLP
    350 West Colorado Boulevard, Suite 500
4   Post Office Box 7068
    Pasadena, California 91109-7068
5   Telephone: (626) 795-9900
    Facsimile: (626) 577-8800
6

FILED

08 AUG 28 PM 3: 26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

7   Attorneys for Plaintiffs,
    SUNTECH POWER HOLDINGS CO., LTD.,
8   WUXI SUNTECH POWER CO., LTD., and
    SUNTECH AMERICA, INC.

9

10                  UNITED STATES DISTRICT COURT

11              SOUTHERN  DISTRICT OF CALIFORNIA

12

13  SUNTECH POWER HOLDINGS CO.,        Case No. 08 CV 1582 (H) NLS
    LTD., a corporation of the Cayman
14  Islands, and WUXI SUNTECH
    POWER CO., LTD., a corporation of    CERTIFICATION AND NOTICE
15  the People's Republic of China; and  OF INTERESTED PARTIES
    SUNTECH AMERICA, INC., a
16  Delaware corporation,
17                  Plaintiffs,
18         vs.
19  SHENZHEN XINTIAN SOLAR
    TECHNOLOGY CO., LTD., a
20  corporation of the People's Republic of
    China, and SUN TECH SOLAR CO.,
21  LTD., a Hong Kong corporation,
22                  Defendants.
23

24

25         The undersigned, counsel of record for Plaintiffs SUNTECH POWER

26  HOLDINGS CO., LTD., WUXI SUNTECH POWER CO., LTD. and SUNTECH

27  AMERICA, INC., certifies that the following listed parties have a direct

28  pecuniary interest in the outcome of this case. These representations are made to

-1-

1    enable the Court to evaluate possible disqualification or recusal.

2

3    SUNTECH POWER HOLDINGS CO., LTD., Plaintiff

4    WUXI SUNTECH POWER CO., LTD., Plaintiff

5    SUNTECH AMERICA, INC., Plaintiff

6    SHENZHEN XINTIAN SOLAR TECHNOLOGY CO., LTD., Defendant

7    SUN TECH SOLAR CO., LTD., Defendant

8

9

10   DATED:  August 28, 2008          Respectfully submitted,

11                                    CHRISTIE, PARKER & HALE, LLP

12

13   By _____
                                    G. Warren Bleeker

14

15   Attorneys for Plaintiffs,
     SUNTECH POWER HOLDINGS CO.,
     LTD., WUXI SUNTECH POWER CO.,
16   LTD., and SUNTECH AMERICA, INC.

17   GWB PAS811020.1-*-08/28/08 12:30 PM

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP