ORIGINAL
FILED
08 AUG 28 PM 3:27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

DAVID A. DILLARD, CA Bar No. 97515
david.dillard@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiffs,
SUNTECH POWER HOLDINGS CO., LTD.,
WUXI SUNTECH POWER CO., LTD., and
SUNTECH AMERICA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTECH POWER HOLDINGS CO., LTD., a corporation of the Cayman Islands, and WUXI SUNTECH POWER CO., LTD., a corporation of the People's Republic of China; and SUNTECH AMERICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SHENZHEN XINTIAN SOLAR TECHNOLOGY CO., LTD., a corporation of the People's Republic of China, and SUN TECH SOLAR CO., LTD., a Hong Kong corporation,<br><br>Defendants. | Case No. 08 CV 1582 H NLS<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS SUNTECH POWER HOLDINGS CO., LTD., WUXI SUNTECH POWER CO., LTD., and SUNTECH AMERICA, INC. |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, SUNTECH POWER HOLDINGS CO., LTD. states that it is the parent corporation for WUXI SUNTECH POWER CO., LTD. and SUNTECH AMERICA, INC. SUNTECH POWER HOLDINGS CO., LTD. is a publicly

-1-

1 | traded corporation.

2 | DATED: August 28, 2008

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By _____
G. Warren Bleeker

Attorneys for Plaintiffs,
SUNTECH POWER HOLDINGS CO., LTD., WUXI SUNTECH POWER CO., LTD., and SUNTECH AMERICA, INC.

SC PAS811020.1-*-08/28/08 9:55 AM

CHRISTIE, PARKER & HALE, LLP