ORIGINAL FILED
08 AUG 28 PM 3:25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

1  DAVID A. DILLARD, CA Bar No. 97515
   david.dillard@cph.com
2  G. WARREN BLEEKER, CA Bar No. 210834
   warren.bleeker@cph.com
3  CHRISTIE, PARKER & HALE, LLP
   350 West Colorado Boulevard, Suite 500
4  Post Office Box 7068
   Pasadena, California 91109-7068
5  Telephone: (626) 795-9900
   Facsimile: (626) 577-8800
6
   Attorneys for Plaintiffs,
7  SUNTECH POWER HOLDINGS CO., LTD.,
   WUXI SUNTECH POWER CO., LTD., and
8  SUNTECH AMERICA, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTECH POWER HOLDINGS CO., LTD., a corporation of the Cayman Islands, WUXI SUNTECH POWER CO., LTD., a corporation of the People's Republic of China; and SUNTECH AMERICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SHENZHEN XINTIAN SOLAR TECHNOLOGY CO., LTD., a corporation of the People's Republic of China, and SUN TECH SOLAR CO., LTD., a Hong Kong corporation<br><br>Defendants. | Case No. 08 CV 1582 H NLS<br><br>**NOTICE OF RELATED CASES** |

Plaintiffs, SUNTECH POWER HOLDINGS CO., LTD., WUXI SUNTECH POWER CO., LTD., and SUNTECH AMERICA, INC. give notice

-1-

that they are not aware that this case is related to any other matters in the Southern District of California, either pending or previously filed.

DATED: August 28, 2008

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By _____
G. Warren Bleeker

Attorneys for Plaintiffs,
SUNTECH POWER HOLDINGS CO., LTD., WUXI SUNTECH POWER CO., LTD., and SUNTECH AMERICA, INC.

SC PAS811243.1-*-08/28/08 12:30 PM