DAVID A. DILLARD, CA Bar No. 97515
david.dillard@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiffs,
SUNTECH POWER HOLDINGS CO., LTD.,
WUXI SUNTECH POWER CO., LTD., and
SUNTECH AMERICA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTECH POWER HOLDINGS CO., LTD., a corporation of the Cayman Islands, WUXI SUNTECH POWER CO., LTD., a corporation of the People's Republic of China; and SUNTECH AMERICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SHENZHEN XINTIAN SOLAR TECHNOLOGY CO., LTD., a corporation of the People's Republic of China, and SUN TECH SOLAR CO., LTD., a Hong Kong corporation<br><br>Defendants. | Case No. 3:08-cv-01582-H-NLS<br><br>**PROOF OF SERVICE OF EX PARTE APPLICATION FOR ORDER ALLOWING ALTERNATE SERVICE OF SUMMONS AND COMPLAINT; DECLARATION OF G. WARREN BLEEKER** |

CHRISTIE, PARKER & HALE, LLP

-1-

# CERTIFICATE OF SERVICE

I certify that on September 4, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing documents described as **PLAINTIFFS'** *EX PARTE* **APPLICATION FOR ORDER ALLOWING ALTERNATIVE SERVICE OF SUMMONS AND COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(f); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF G. WARREN BLEEKER IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR ORDER ALLOWING ALTERNATIVE SERVICE OF SUMMONS AND COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(f)** were served on the parties in this action by electronic mail and facsimile as follows:

SHENZHEN XINTIAN SOLAR TECHNOLOGY CO., LTD.
E-mail:      styujiang@yahoo.com.cn
Facsimile:   011-86-755-28959162

SUN TECH SOLAR CO., LTD.
E-mail:      Leonli@solarsuntech.com; solar-xintian@163.com

I declare that a member of the bar of this Court.

Executed on September 4, 2008 at Pasadena, California.

G. Warren Bleeker

CHRISTIE, PARKER & HALE, LLP