1  **DAVID A. DILLARD, CA Bar No. 97515**
   david.dillard@cph.com
2  **G. WARREN BLEEKER, CA Bar No. 210834**
   warren.bleeker@cph.com
3  **CHRISTIE, PARKER & HALE, LLP**
   **350 West Colorado Boulevard, Suite 500**
4  **Post Office Box 7068**
   **Pasadena, California 91109-7068**
5  **Telephone: (626) 795-9900**
   **Facsimile: (626) 577-8800**
6
   Attorneys for Plaintiffs,
7  SUNTECH POWER HOLDINGS CO., LTD.,
   WUXI SUNTECH POWER CO., LTD., and
8  SUNTECH AMERICA, INC.

9

10              UNITED STATES DISTRICT COURT

11            SOUTHERN  DISTRICT OF CALIFORNIA

12

13  SUNTECH POWER HOLDINGS CO.,       Case No. 08 CV 01582 H NLS
    LTD., a corporation of the Cayman
14  Islands, WUXI SUNTECH POWER       **NOTICE OF MOTION AND**
    CO., LTD., a corporation of the   **MOTION FOR PRELIMINARY**
15  People's Republic of China; and   **INJUNCTION; SUPPORTING**
    SUNTECH AMERICA, INC., a          **MEMORANDUM OF POINTS**
16  Delaware corporation,             **AND AUTHORITIES**

17            Plaintiffs,             **DATE:   October 6, 2008**
                                      **TIME:   10:30 a.m.**
18       vs.                          **CTRM:  13**

19  SHENZHEN XINTIAN SOLAR
    TECHNOLOGY CO., LTD., a           **Hon. Marilyn L. Huff**
20  corporation of the People's Republic of
    China, and SUN TECH SOLAR CO.,
21  LTD., a Hong Kong corporation

22            Defendants.

23

24       **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

25       **PLEASE TAKE NOTICE** that on October 6, 2008 at 10:30 a.m., or as

26  soon thereafter as this matter may be heard in Courtroom 13 of the above titled

27  Court, Plaintiffs Suntech Power Holdings Co., Ltd., Wuxi Suntech Power Co.,

28

CHRISTIE, PARKER & HALE, LLP

Ltd., and Suntech America, Inc. (collectively "Suntech") will move the Court for a preliminary injunction against Defendants Shenzhen Xintian Solar Technology Co., Ltd. and Sun Tech Solar Company (collectively "Sun Tech Solar"), prohibiting them from infringing the mark SUNTECH or any confusingly similar mark.

The motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction, the Declaration of Roger Efird In Support of Plaintiff's Motion for Preliminary Injunction, the files and papers on record in this action, and such further evidence and argument as may be presented at the hearing on this motion.

The ground for this motion is that Suntech is likely to prevail on the merits of its claim against Defendants for trademark infringement, Suntech will be irreparably harmed if a preliminary injunction is not granted, and that the balance of harm tips strongly in Suntech's favor.

DATED:  September 5, 2008          Respectfully submitted,

                                               CHRISTIE, PARKER & HALE, LLP

                                              By _____
                                                David A. Dillard
                                                G. Warren Bleeker

                                             Attorneys for Plaintiffs,
                                             SUNTECH POWER HOLDINGS CO., LTD., WUXI SUNTECH POWER CO., LTD., and SUNTECH AMERICA, INC.

RG PAS812051.1-*-09/5/08 3:06 PM

-2-

CHRISTIE, PARKER & HALE, LLP

# CERTIFICATE OF SERVICE

I certify that on September 5, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** was served on the parties in this action by **ELECTRONIC MAIL & FACSIMILE** addressed as follows:

SHENZHEN XINTIAN SOLAR
TECHNOLOGY CO., LTD.
E-mail: styujiang@yahoo.com
Facsimile: 011-86-755-28959162

SUN TECH SOLAR CO., LTD.
E-mail: leonli@solarsuntech.com
    solar-xintian@163.com
Facsimile: 852-2776-6274

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on September 5, 2008 at Pasadena, California.

_____
Roxanne Gaines

RG PAS812051.1-*-09/5/08 12:56 PM

# CERTIFICATE OF SERVICE

I certify that on September 5, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** was served on the parties in this action by **HAND DELIVERY** addressed as follows:

> SUN TECH SOLAR CO., LTD.
> FlatB, 2/F, Lung Wa Building
> 22 Fuk Wa St.
> Sham Shui Po
> Kowloon
> Hong Kong
> E-mail: leonli@solarsuntech.com
>           solar-xintian@163.com
> Facsimile: 852-2776-6274

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on September 5, 2008 at Pasadena, California.

_____
signature

RG PAS812051.1-*-09/5/08 12:56 PM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DAVID A. DILLARD, CA Bar No. 97515**
david.dillard@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**CHRISTIE, PARKER & HALE, LLP**
**350 West Colorado Boulevard, Suite 500**
**Post Office Box 7068**
**Pasadena, California 91109-7068**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

Attorneys for Plaintiffs,
SUNTECH POWER HOLDINGS CO., LTD.,
WUXI SUNTECH POWER CO., LTD., and
SUNTECH AMERICA, INC.

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTECH POWER HOLDINGS CO., LTD., a corporation of the Cayman Islands, WUXI SUNTECH POWER CO., LTD., a corporation of the People's Republic of China; and SUNTECH AMERICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SHENZHEN XINTIAN SOLAR TECHNOLOGY CO., LTD., a corporation of the People's Republic of China, and SUN TECH SOLAR CO., LTD., a Hong Kong corporation<br><br>Defendants. | Case No.   08 CV 01582 H NLS<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**DATE:   October 6, 2008**<br>**TIME:    10:30 a.m.**<br>**CTRM:   13**<br><br>**Hon. Marilyn L. Huff** |

CHRISTIE, PARKER & HALE, LLP

# TABLE OF CONTENTS

I.      INTRODUCTION ........................................................... 1

II.     FACTUAL BACKGROUND.............................................. 2

      A.     Suntech, Its Products and Trademarks ........................ 2

      B.     Defendants Sun Tech Solar, Their Products and Use Of SUN TECH.............................................................. 4

III.    THE COURT SHOULD ISSUE A PRELIMINARY INJUNCTION AGAINST FURTHER TRADEMARK INFRINGEMENT ................ 6

      A.     Suntech Is Likely To Prevail On The Merits Of Its Trademark Infringement Claims............................................ 7

            1.     The Suntech Mark Is Strong ................................. 8

            2.     The Goods And Services Are Related ....................... 10

            3.     The Marks Are Similar ...................................... 10

            4.     Suntech's Evidence Of Actual Confusion Is Strong Evidence That Consumers And The Public Also Are Likely To Be Confused In The Future............................ 11

            5.     The Parties Use Similar Marketing Channels................ 11

            6.     The Type of Goods And Degree Of Care Factor Supports Finding A Likelihood Of Confusion ................ 11

            7.     Defendants Are Trading Intentionally On Suntech's Mark ...................................................... 12

            8.     The Likelihood Of Expansion Also Favors Suntech ........ 13

            9.     Likelihood of Confusion In The Internet Context ........... 13

      B.     The Balance Of Hardships Tips Strongly In Suntech's Favor............ 14

IV.    CONCLUSION................................................................ 15

CASE NO. 08 CV 1582 H NLS

CHRISTIE, PARKER & HALE, LLP

# TABLE OF AUTHORITIES

*AMF Inc. v. Sleekcraft Boats,*
  99 F.2d 341 (9th Cir. 1979) ..................................................5, 6, 7, 8, 9, 10, 11

*Accuride International, Inc. v. Accuride Corp.,*
  71 F.2d 1531 (9th Cir. 1989) ...........................................................................7

*Benda v. Grand Lodge of the International Association of Machinists &*
  *Aerospace Workers,* 584 F.2d 308, 315 (9th Cir. 1978) ..........................6

*Brookfield Communications, Inc. v. West Coast Entertainment Corp.,*
  74 F.3d 1036 (9th Cir. 1999) ..................................................................4, 5, 10

*Champions Gold Club v. Champions Golf Club,*
  78 F.3d 1111 (6th Cir. 1996) ...........................................................................9

*Daddy's Junky Music Stores, Inc. v. Big Daddy's Family Music Center,*
  109 F.3d 275 (6th Cir. 1997) ...........................................................................9

*Dollar Rent A Car, Inc. v. Travelers Indemnity Co.,*
  774 F.2d 1371 (9th Cir. 1985) .........................................................................4

*Dr. Seuss Enterprises, L.P. v. Penguin Books USA, Inc.,* 109 F.3d 1394, 1405
  (9th Cir. 1997) .................................................................................................12

*Entrepreneur Media, Inc. v. Smith,*
  279 F.3d 1135 (9th Cir. 2002) .........................................................................5

*Filipino Yellow Pages, Inc. v. Asian Journal Publs., Inc.,*
  198 F.3d 1143 (9th Cir. 1999) ......................................................................5, 7

*Glow Industrial v. Lopez,*
  252 F. Supp. 2d 962 (C.D. Cal. 2002) .............................................................5

*GoTo.com, Inc. v. Walt Disney Co.,*
  202 F.3d 1199 (9th Cir. 2000) ......................................................................6, 8

*Kendall-Jackson Winery, Ltd. v. E. & J. Gallo Winery,*
  150 F.3d 1042 (9th Cir. 1998) .........................................................................6

*Mattel, Inc. v. MCA Records, Inc.,*
  28 F. Supp. 2d 1120 (C.D. Cal. 1998), *aff'd,* 296 F.3d 894, *cert. denied,*
  537 U.S. 1171 (2003)........................................................................................5

*Metropolitan Public v. San Jose Mercury News,*
  987 F.2d 637 (9th Cir. 1993) .........................................................................11

*Official Airline Guides v. Goss,*
  6 F.3d 1385 (9th Cir. 1993) .............................................................................6

*Playboy Enterprises Inc. v. Netscape Communications Corp.,*
  354 F.3d 1020 (9th Cir. 2004).....................................................................8, 10

CASE NO. 08 CV 1582 H NLS

-ii-

CHRISTIE, PARKER & HALE, LLP

1

2

*Premier Nutrition, Inc. v. Organic Food Bar, Inc.,*
475 F. Supp. 2d 995 (C.D. Cal. 2007)................................................................4

3

*Rent-A-Center, Inc. v. Canyon Television and Appliance Rental, Inc.,*
944 F.2d 597 (9th Cir. 1991)..................................................................11

4

*Sony Pictures Entertainment, Inc. v. Fireworks Entertainment Group, Inc.,*
156 F. Supp. 2d 1148................................................................6

5

6

*Surfvivor Media, Inc. v. Survivor Products,*
406 F.3d 625 (9th Cir. 2005)................................................................10

7

*Thane International, Inc. v. Trek Bicycle Corporation,*
305 F.3d 894 (9th Cir. 2002)................................................................6

8

9

*Two Pesos, Inc. v. Taco Cabana, Inc.,*
505 U.S. 763 (1992)................................................................7

10

*Vision Sports, Inc. v. Melville Corp.,*
888 F.2d 609 (9th Cir. 1989)................................................................11

11

## STATUTES

12

15 U.S.C. § 1057(b)................................................................5

13

Fed.R.Civ.P. 65(c)................................................................12

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

## I.    **INTRODUCTION**

Plaintiffs Suntech Power Holdings Co., Ltd. and its subsidiaries Suntech America, Inc. and Wuxi Suntech Power Co., Ltd. (collectively "Suntech") are among the world's largest manufacturers and distributors of solar panels or modules. These products are mounted on roofs of homes and buildings and on other structures for converting solar energy into electrical energy. Suntech owns and uses the federally registered SUNTECH trademark and has rights in the unregistered mark SUNTECH in connection with the marketing and sale of its solar energy products, including solar panels or modules.

Defendants ShenZhen Xintian Solar Technology Co., Ltd. and its subsidiary Sun Tech Solar Co., Ltd. (collectively "Sun Tech Solar" herein) have adopted and are using and threatening to use the marks SUN TECH and SUN TECH SOLAR in connection with the sale and marketing of solar modules that directly compete with those sold by Suntech.

Immediate injunctive relief is essential to protect Suntech's identity and to protect the public from confusion caused by Sun Tech Solar's use of Suntech's SUNTECH marks on identical competing products. Suntech has been and will again be a major exhibitor at the Solar Power International 2008 trade show, the largest solar power industry trade show in the United States. This year, the Solar Power International 2008 trade show will be held in San Diego, October 13-16, 2008. Sun Tech Solar has registered and reserved space as an exhibitor at the trade show and will, if not enjoined by this Court, promote its "Sun Tech" products to consumers attending the show.

Plainly, use of the identical mark SUNTECH (whether spelled as one word or two) by Suntech and Sun Tech Solar to designate products which are identical and directly competitive is likely to cause confusion or mistake as to the source or affiliation of Sun Tech Solar's products. Customers who sees a SUNTECH solar module and then a SUN TECH SOLAR or SUNTECH solar module will be

CASE NO. 08 CV 1582 H NLS

CHRISTIE, PARKER & HALE, LLP

mistaken that the products emanate from the same source. In fact, actual confusion has already occurred. Suntech has already received phone calls from customers seeking information and quoting prices for "Suntech" products that were apparently sold by Sun Tech Solar, not Suntech. This confusion will irreparably harm Suntech because it will have lost control over the mark by which it is known to the public and the goodwill attached thereto. The need for immediate injunctive relief to prevent extensive, irreparable harm is clear.

As early as May of this year, Suntech notified Sun Tech Solar of the likelihood of confusion that would ensue by virtue of its use of an almost identical trademark to that of Suntech on directly competing goods. Unfortunately, Sun Tech Solar has refused to take seriously Suntech's demands that it discontinue its trademark infringement, forcing Suntech to file a complaint against Sun Tech Solar. Suntech is likely to succeed on the merits of its trademark claims against Sun Tech Solar, and the balance of harms tips strongly in Suntech's favor. Accordingly, Suntech requests that the Court grant its motion and issue a preliminary injunction against further acts of trademark infringement.

## II.  FACTUAL BACKGROUND

### A.  Suntech, Its Products and Trademarks

Suntech is one of the largest solar module providers in the world. It is a leader in the design and manufacture of solar energy solutions for a wide variety of customers, including commercial and residential. Suntech's solar module products include monocrystalline products, polycrystalline products and building integrated photovoltaic (BIPV) MSK solar design products. These products are sold to homeowners, commercial owners, architects and builders, contractors and installers and dealers. (Efird Decl. ¶ 3)

Suntech's products are distributed nationwide. Suntech has sales offices, installation partners and authorized dealers throughout the United States,

1  including in California.  (Efird Decl. ¶ 4)

2      Suntech has experienced tremendous growth and commercial success in the

3  United States since it began selling solar products in the U.S. in 2003.  While

4  Suntech's sales were modest before 2006, they have grown tremendously since

5  then.  In 2006, sales in the U.S. were about $25 million and in 2007, sales grew to

6  about $125 million.  (Efird Decl. ¶ 5)

7      Wuxi Suntech Power is the owner of United States Trademark Registration

8  No. 3,111,705 for "SUNTECH" and design ("the '705 Registration") shown

9  below:

10

**🔻Suntech**

11

12  The '705 registration issued on July 4, 2006 and contains the following goods

13  description:  "Solar batteries; electrical accumulators for vehicles; accumulator

14  boxes; plates for batteries; batteries for lighting; batteries; battery chargers;

15  galvanic batteries; electric batteries, in Class 9."  (Efird Decl. ¶ 6; Exhibit A

16  thereto).

17      Suntech Power and Suntech America have the exclusive right and license

18  to use the SUNTECH and design mark in the United Sates.  Suntech Power and

19  Suntech America also use and own the unregistered mark SUNTECH in

20  connection with the sale of solar modules and other solar energy products.  (Efird

21  Decl. ¶ 7).

22      Suntech advertises and promotes its products under its registered

23  SUNTECH and design mark and unregistered SUNTECH mark and name

24  (collectively "SUNTECH marks") in a variety of ways.  For example, Suntech

25  uses its SUNTECH marks on its letterhead, business cards, forms including

26  invoices, purchase orders and the like, and on its product packaging.  (Efird Decl.

27  ¶ 8; Exhibit B thereto).  STP (which is recognized as an abbreviation for "Suntech

28  Power") appears on the actual solar modules and other products.  The SUNTECH

CHRISTIE, PARKER & HALE, LLP

marks also appear on all advertising material including pamphlets and brochures, point of sale materials such as flyers and leaflets, instructions, manuals, trade magazine and newspaper advertisements.  (Efird Decl. ¶ 8; Exhibit C thereto). The SUNTECH marks appear on Suntech's website, http://www.suntech-power.com/.  (Efird Decl. ¶ 8; Exhibit D thereto).  The SUNTECH marks also appear on dealer websites and dealer advertising. (Efird Decl. ¶ 8; Exhibit E thereto).

Suntech attends and displays its products at ten to twenty trade shows annually, including the Solar Power International trade show and the Green Buildings Conference.  At these trade shows, the name and mark SUNTECH is prominently displayed at Suntech's booth and is shown on advertising materials given out at the show as well as on product packaging. (Efird Decl. ¶ 9).

Suntech has spent a great deal of time and expense in promoting, advertising and marketing its solar energy products.  Marketing, advertising and promotional expenses for the last two years have been at least $300,000 to $400,000.  Virtually all of the marketing and advertising expenses involve the use of the mark SUNTECH and Design and/or mark and name Suntech.  (Efird Decl. ¶ 10).

Suntech's products are uniquely recognized and easily distinguished within the industry by virtue of Suntech's extensive sales and promotion.  Coupled with the quality of Suntech's products and its customer service, Suntech enjoys strong customer satisfaction and is a leader in the sale and distribution of solar energy products in the United States.  (Efird Decl. ¶ 11).

B.    **Defendants Sun Tech Solar, Their Products and Use Of SUN TECH**

Sun Tech Solar is using the mark SUN TECH with respect to competitive solar modules that are directed to the same customers as those to which Suntech

CHRISTIE, PARKER & HALE, LLP

markets its solar modules.  Among other things, Sun Tech Solar uses the marks SUN TECH and SUN TECH SOLAR on solar panels and modules that directly compete with Suntech's solar panels and modules.

Suntech became aware of Defendant Sun Tech Solar Company, Ltd. as a result of telephone calls received by Roger Efird, President of Plaintiff Suntech America, from several individuals seeking information about products branded "Sun Tech" that Suntech did not sell, but that a company called Sun Tech Solar sold.  It was clear that the callers believed that Suntech was the source of these products.  As a result of these calls, Suntech conducted an internet search and located the website of Sun Tech Solar, Co., Ltd.  (Efird Decl. ¶ 12).

Suntech also became aware of Defendant Sun Tech Solar Company, Ltd. by viewing a list of exhibitors to the Solar Power International 2008 trade show scheduled for October 13-16, 2008 in San Diego, California.  (Efird Decl. ¶ 13; Exhibit F thereto).  Under the Exhibitor Index, Suntech found the company name Sun Tech Solar Company, Ltd. on the same page as  Suntech's name, i.e., Suntech Power Holdings Company, Ltd.  Suntech Power Holdings Company, Ltd. and Suntech America will have a substantial booth at this trade show. (Efird Decl. ¶ 13).

By clicking on the name "Sun Tech Solar Company, Ltd." from the Exhibitor List on the trade show's web site, the customer is directed to a page containing information as to the location of the Sun Tech Solar booth, i.e., Booth 1813, at the Exhibition Hall of the trade show.  The page also contains information concerning the parent company Shenzhen Xintian Solar Technology Company, Ltd.  It is indicated that Sun Tech Solar Company, Ltd. is the Hong Kong branch of Shenzhen Xintian Solar.  The page also includes a link to the Sun Tech Solar website, www.solarsuntech.com.  (Efird Decl. ¶ 14; Exhibit G thereto).

CASE NO. 08 CV 1582 H NLS

CHRISTIE, PARKER & HALE, LLP

1    The Sun Tech Solar website contains web pages describing Sun Tech

2    Solar's products including solar PV (photovoltaic) module products.  (Efird Decl.

3    ¶ 15; Exhibit H thereto).  The PV module products are "solar batteries" as that

4    term is used in Suntech's U.S. '705 Registration.  The Sun Tech Solar solar

5    modules compete directly with Suntech's solar modules.  (Efird Decl. ¶¶ 8, 16;

6    Exhibit E thereto).

7    **III.    THE COURT SHOULD ISSUE A PRELIMINARY INJUNCTION**

8    **AGAINST FURTHER TRADEMARK INFRINGEMENT**

9    Suntech is entitled to a preliminary injunction so long as it shows either (1)

10   that it is likely to succeed on the merits of this action, and that there is a

11   possibility of irreparable harm if injunctive relief is not granted; or (2) that there

12   are serious questions regarding the merits of Suntech's claims, and the balance of

13   hardships tips strongly in Suntech's favor.  *See, e.g., Brookfield Communications,*

14   *Inc. v. West Coast Entertainment Corp.*, 174 F.3d 1036, 1046 (9th Cir. 1999).  As

15   the Ninth Circuit has explained, "[t]hese are not separate tests, but the outer

16   reaches 'of a single continuum.'"  *Dollar Rent A Car, Inc. v. Travelers Indem. Co.*,

17   774 F.2d 1371, 1375 (9th Cir. 1985) (quoting *Benda v. Grand Lodge of the*

18   *International Association of Machinists & Aerospace Workers*, 584 F.2d 308, 315

19   (9th Cir. 1978).  Thus, "in any situation, the court must find that there is at least a

20   fair chance of success on the merits . . . and that there is some threat of an

21   immediate irreparable injury."  *Premier Nutrition, Inc. v. Organic Food Bar, Inc.*,

22   475 F. Supp. 2d 995, 1000 (C.D. Cal. 2007).

23   Because Suntech is likely to succeed on the merits, and because the

24   potential harm to Suntech far outweighs any supposed potential harm to

25   Defendants, Suntech submits that it is entitled to an injunction under any standard

26   for granting a preliminary injunction.

27

28

CASE NO. 08 CV 1582 H NLS

CHRISTIE, PARKER & HALE, LLP

**A.     Suntech Is Likely To Prevail On The Merits Of Its Trademark Infringement Claims**

As an initial matter, to prevail on its trademark infringement claims, Suntech must establish that it owns a valid trademark.  As noted above, Suntech holds an incontestable trademark registration for the SUNTECH mark, and that registration constitutes prima facie evidence that the mark is valid.  15 U.S.C. § 1057(b).  As a result, Suntech is entitled to a presumption that its registered SUNTECH mark is valid, and Defendants bear the burden of proving invalidity.  *See Filipino Yellow Pages, Inc. v. Asian Journal Publs., Inc.*, 198 F.3d 1143, 1146 (9th Cir. 1999).  In addition, through its marketing and sales activity described above, and its extensive use of the mark, Suntech has established common law trademark rights in the SUNTECH mark.  *See Glow Indus. v. Lopez*, 252 F. Supp. 2d 962, 981 (C.D. Cal. 2002).

The other key issue in any trademark infringement action is "the likelihood of confusion, *i.e.*, whether the similarity of the marks is likely to confuse customers about the source of the products."  *Brookfield.*, 174 F.3d at 1053 (citations omitted).  In *AMF Inc. v. Sleekcraft Boats*, 599 F.2d 341, 348-349 (9th Cir. 1979), the Ninth Circuit provided the following "non-exhaustive" list of factors that are relevant in "determining whether confusion between related goods is likely:

1.    strength of the mark;

2.    proximity or relatedness of the goods;

3.    similarity of the marks;

4.    evidence of actual confusion;

5.    marketing channels used;

6.    type of goods and the degree of care likely to be exercised by the purchaser;

7.    defendant's intent in selecting the mark; and

-7-

CHRISTIE, PARKER & HALE, LLP

1      8.      likelihood of expansion of the product lines."

2      In determining likelihood of confusion, courts within the Ninth Circuit

3  typically apply what has come to be known as the *Sleekcraft* test. *Mattel, Inc. v.*

4  *MCA Records, Inc.*, 28 F. Supp. 2d 1120, 1141 (C.D. Cal. 1998), *aff'd*, 296 F.3d

5  894 (9th Cir. 2002). *See also*, *Entrepreneur Media, Inc. v. Smith*, 279 F.3d 1135,

6  1140 (9th Cir. 2002) (the *Sleekcraft* test is intended to guide the court in

7  determining likelihood of confusion); *GoTo.com, Inc. v. Walt Disney Co.*, 202

8  F.3d 1199, 1205 (9th Cir. 2000) ("We have developed eight factors, the so-called

9  *Sleekcraft* factors, to guide the determination of a likelihood of confusion"); *Sony*

10 *Pictures Entertainment, Inc. v. Fireworks Entertainment Group, Inc.*, 156 F.

11 Supp. 2d 1148, 1161 and n.19 (C.D. Cal. 2001) (citing the *Sleekcraft* likelihood of

12 confusion test).

13     At the same time, courts have discouraged an overly mechanistic approach

14 to determining likelihood of confusion.  Not all of the *Sleekcraft* factors have

15 equal weight, and not every factor will be at issue in every case.  *See Thane*

16 *International, Inc. v. Trek Bicycle Corporation*, 305 F.3d 894, 901 (9th Cir.

17 2002).   And finding confusion involves more than just counting how many

18 *Sleekcraft* factors favor each party: a court should instead use those factors for

19 guidance as part of an overall analysis of whether the alleged trademark

20 infringement is likely to confuse.  *Id.* ("[t]he list of factors is not a scorecard —

21 whether a party 'wins' a majority of the factors is not the point").

22     Applying these principles here, it is evident that Suntech is likely to

23 succeed on the merits of its trademark claims.  Every *Sleekcraft* factor favors

24 Suntech, and there is a high likelihood of confusion that can be remedied only by

25 injunctive relief.

26     **1.      The Suntech Mark Is Strong**

27     A strong mark is one that is likely to make a consumer think a product or

28 service comes from a particular source.  *See, e.g., Official Airline Guides v. Goss*,

CHRISTIE, PARKER & HALE, LLP

1   6 F.3d 1385, 1392 (9th Cir. 1993) ("the stronger a mark, the more likely it is that

2   consumers will think that a product or service comes from a particular source").

3       For purposes of determining strength, marks can be placed in any one of

4   several categories, which are referred to, in increasing order of distinctiveness, as

5   generic, descriptive, suggestive, arbitrary, or fanciful.  *See, e.g.*, *Kendall-Jackson*

6   *Winery, Ltd. v. E. & J. Gallo Winery*, 150 F.3d 1042, 1047 (9th Cir. 1998).  A

7   generic term can never be protected as a trademark.  A descriptive term is entitled

8   to trademark protection if it has acquired secondary meaning (that is, that the

9   mark has become distinct of the trademark owner's goods in commerce).  *Filipino*

10  *Yellow Pages*, 198 F.3d at 1147.   Suggestive, arbitrary and fanciful marks,

11  "because their intrinsic nature serves to identify a particular source of a product,

12  are deemed inherently distinctive and are entitled to protection."  *Two Pesos, Inc.*

13  *v. Taco Cabana, Inc.*, 505 U.S. 763, 768 (1992).

14      The mark SUNTECH is not generic for any of the goods or services that

15  Suntech provides, nor does it describe those goods and services.  Therefore, the

16  mark is arbitrary or fanciful, and entitled to strong protection as related to the

17  goods and services that are provided under the mark (including those concerning

18  hybrid and other automotive technology).

19      Marks that are suggestive or descriptive "may be strengthened by such

20  factors as extensive advertising, length of exclusive use, public recognition and

21  uniqueness."  *Accuride International, Inc. v. Accuride Corp.*, 871 F.2d 1531,

22  1536 (9th Cir. 1989).  As explained above, Suntech has used the mark exclusively

23  in the field of providing services to the solar energy market for several years.  The

24  industry recognizes the SUNTECH mark, and understands that the mark is

25  associated with Suntech.

26      For all of these reasons, the SUNTECH mark is strong, and this *Sleekcraft*

27  factor strongly favors Suntech.

28

CHRISTIE, PARKER & HALE, LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### 2.    The Goods And Services Are Related

Suntech provides goods and services to the solar energy market, under its common law and registered SUNTECH marks.  Those goods include solar panels or modules.

Sun Tech Solar uses the marks SUN TECH and SUN TECH SOLAR — which incorporate Suntech's entire SUNTECH mark — with regard to the marketing and sales of the identical, competing products.  Sun Tech Solar also uses the registered domain name http://www.solarsuntech.com, which is confusingly similar to Suntech's domain name, http://www.suntechpower.com. (Efird Decl., ¶¶ 8, 14, 15 and Exhibits D and H)

Thus, the two companies both provide the same products to the same customers.  The parties' respective goods and services are not just closely related, but are the same.  Hence, the second *Sleekcraft* factor, like the first, strongly favors Suntech.

### 3.    The Marks Are Similar

Suntech's registered trademark is SUNTECH.  Sun Tech Solar is using that mark in its entirety -- "SUN TECH" and "SUN TECH SOLAR."  Thus, the marks are not just similar, but they are essentially identical.  *See, e.g., Playboy Enterprises Inc. v. Netscape Communications Corp.*, 354 F.3d 1020, 1028 (9th Cir. 2004) (marks were similar even though one was singular and the other was plural).  In fact, the marks here are much more similar than the marks the Ninth Circuit found similar in *Sleekcraft* itself.  *See Sleekcraft*, 599 F.2d at 351 ("[s]tanding alone the words Sleekcraft and Slickcraft are the same except for two inconspicuous letters ...[t]o the eye, the words are similar").

CHRISTIE, PARKER & HALE, LLP

4. **Suntech's Evidence Of Actual Confusion Is Strong Evidence That Consumers And The Public Also Are Likely To Be Confused In The Future**

Evidence of actual confusion is not necessary to prove a likelihood of confusion, and the absence of such evidence does not mean that confusion is unlikely to occur in the future. *Sleekcraft*, 599 F.2d at 353; *GoTo.com, Inc.*, 202 F.3d at 1208. Here, there is evidence of actual customer confusion - callers inquiring to Suntech about "SUNTECH" products that originated from Sun Tech Solar, not Suntech.

5. **The Parties Use Similar Marketing Channels**

Suntech markets its solar modules on its website, www.suntech-power.com. Sun Tech Solar markets its solar modules on its website www.solarsuntech.com that incorporates the entire SUNTECH mark. More significantly, as noted above, both parties market directly to the same customers. In addition, both parties market their products at solar trade shows, including the upcoming Solar Power International 2008 trade show. This *Sleekcraft* factor also strongly favors Suntech.

6. **The Type of Goods And Degree Of Care Factor Supports Finding A Likelihood Of Confusion**

Sun Tech Solar likely will argue that the solar energy industry is a sophisticated market, and that solar panels are relatively expensive products that are the subject of a higher degree of care, thus lessening the likelihood of confusion. However, any such contention fails, for at least two reasons.

First, "confusion may often be likely even in the case of expensive goods sold to discerning customers." *Brookfield,* 174 F.3d at 1060. "The effect of purchaser care, although relevant, will be less significant than, or largely dependent upon, the similarity of the marks at issue." *Daddy's Junky Music Stores, Inc. v. Big Daddy's Family Music Center*, 109 F.3d 275, 286 (6th Cir.

CHRISTIE, PARKER & HALE, LLP

1    1997). Thus, where marks are similar, even a knowledgeable, careful consumer

2    could assume that the parties are affiliated. *Id. See also, Champions Gold Club*

3    *v. Champions Golf Club*, 78 F.3d 1111, 1120-21 (6th Cir. 1996) (golfers paying

4    $15,000 to join private clubs might be confused as to whether one "Champions"

5    club was affiliated with another club using the same name). Here, the marks are

6    the same so even a sophisticated consumer might assume that Suntech and Sun

7    Tech Solar are the same company, or are affiliated with each other.

8        Second, purchaser care does nothing to dispel initial confusion, a type of

9    confusion actionable under the Lanham Act. "Initial interest confusion" arises

10   where when the junior user uses the senior user's mark "in a manner calculated to

11   capture initial consumer attention, even though no actual sale is finally completed

12   as a result of the confusion." *Brookfield*, 174 F.3d at 1062 (quoting *Dr. Seuss*

13   *Enterprises, L.P. v. Penguin Books USA, Inc.*, 109 F.3d 1394, 1405 (9th Cir.

14   1997). Even when the confusion is cured before a sale takes place, "initial

15   interest confusion impermissibly capitalizes on the goodwill associated with a

16   mark and is therefore actionable trademark infringement." *Playboy*, 354 F.3d at

17   1025.

18       Therefore, this factor, like all of the others, favors Suntech.

19       **7.    Defendants Are Trading Intentionally On Suntech's Mark**

20       The SUNTECH mark was registered July 4, 2006. Thus, Sun Tech Solar

21   has had constructive knowledge of the SUNTECH mark before they began using

22   the mark in the U.S.. *See Brookfield*, 174 F.3d at 1059 (trademark registration

23   provides constructive notice to the world of the registrant's mark). The "intent"

24   factor favors the party alleging trademark infringement where the defendant

25   adopted its mark with constructive notice of the plaintiff's trademark rights. *Id.*;

26   *see also, Surfvivor Media, Inc. v. Survivor Prods.*, 406 F.3d 625, 634 (9th Cir.

27   2005).

28       If Defendants do not intend to trade on the goodwill that Suntech has built

CHRISTIE, PARKER & HALE, LLP

1    in connection with the SUNTECH mark, they could select another mark.

2    Defendants' parent company name is Shenzhen Xintian Solar Technology Co.,

3    Ltd. Defendants could have chosen any number of other marks, but instead they

4    chose to use Suntech's.

5        **8.    The Likelihood Of Expansion Also Favors Suntech**

6        Because Suntech and Sun Tech Solar's products, marketing and distribution

7    channels and customers are the same, the *Sleekcraft* "expansion" factor is

8    irrelevant. *See Playboy*, 354 F.3d at 1029. But even if Sun Tech Solar could

9    raise some question about the relatedness of the goods and services the parties

10   currently provide, they cannot dispute that the expansion factor would favor

11   Suntech.

12       In summary, all eight *Sleekcraft* factors strongly favor finding a likelihood

13   of confusion, and Suntech is likely to prevail on the merits of its trademark

14   infringement action against Defendants.

15       **9.    Likelihood of Confusion In The Internet Context**

16       Because Suntech and Sun Tech Solar both use the internet extensively as a

17   channel of marketing and trade, special combinations of the *Sleekcraft* factors and

18   other factors apply to this case:

19       We have held that "in the context of the Web," the three most

20       important *Sleekcraft* factors in evaluating a likelihood of confusion

21       are (1) the similarity of the marks, (2) the relatedness of the goods or

22       services, and (3) the parties' simultaneous use of the Web as a

23       marketing channel. *GoTo.Com,* 202 F.3d at 1205. When this

24       "controlling troika," *id.* at 1205, or internet trinity, "suggests

25       confusion is ...likely," *id.* at 1207, ***the other factors must "weigh***

26       ***strongly" against a likelihood of confusion*** to avoid the finding of

27       infringement. *Brookfield*, 174 F.3d at 1058.

28   *Interstellar Starship Servs. v. Epix, Inc.*, 304 F.3d 936, 942 (9th Cir. 2002)

CHRISTIE, PARKER & HALE, LLP

1    (emphasis added).

2    Here, as explained above, Sun Tech Solar is using the entire "SUNTECH"

3    mark, the goods are identical and both parties use the internet as a marketing

4    channel. Each of these factors, therefore, strongly favors Suntech. Because the

5    other factors do not weigh strongly against a likelihood of confusion, Suntech is

6    likely to prevail.

7    **B.    The Balance Of Hardships Tips Strongly In Suntech's Favor**

8    In a trademark infringement action, "[o]nce the plaintiff has demonstrated a

9    likelihood of confusion, it is ordinarily presumed that the plaintiff will suffer

10    irreparable harm if injunctive relief is not granted." *Metro Pub. v. San Jose*

11    *Mercury News*, 987 F.2d 637, 640 (9th Cir. 1993) (citing *Vision Sports, Inc. v.*

12    *Melville Corp.*, 888 F.2d 609, 612 n.3 (9th Cir. 1989)). Because Suntech has

13    established a likelihood of confusion, it is entitled to this presumption, and that

14    should be sufficient reason for the Court to issue a preliminary injunction.

15    In addition to this "presumptive" harm, Suntech faces actual irreparable

16    harm if Defendants are permitted to continue their willful infringement. Suntech

17    has spent years developing a reputation in the solar energy industry, and depends

18    for its business on its reputation and the attendant goodwill it now enjoys. That

19    reputation and goodwill are likely to be harmed irreparably if Sun Tech Solar is

20    allowed to confuse consumers, the trade and the public. (Efird Decl., ¶ 16).

21    Courts in this Circuit have held repeatedly that damage to goodwill qualifies as

22    irreparable harm in a preliminary injunction analysis. *See, e.g., Rent-A-Center,*

23    *Inc. v. Canyon Television and Appliance Rental, Inc.*, 944 F.2d 597, 603 (9th Cir.

24    1991) (district court did not err in finding that "intangible injuries" such as harm

25    to advertising efforts and goodwill were difficult to valuate and thus constituted

26    irreparable harm).

27    In comparison to the presumptive and actual irreparable harm that Suntech

28    faces if an injunction is not granted, Defendants will not be harmed at all if they

CASE NO. 08 CV 1582 H NLS

CHRISTIE, PARKER & HALE, LLP

1    are enjoined from further infringing Suntech's mark.  The only thing they will be

2    prohibited from doing is using the name "Suntech" for their business.  Changing

3    their website and promotional materials will cost little, if anything.   And any

4    purported harm to Defendants would be far outweighed by the potential

5    irreparable harm that Suntech faces — particularly in light of the strong

6    likelihood that Suntech will succeed on the merits of its trademark claims.[1]

7    **IV.    <u>CONCLUSION</u>**

8         Defendants are using Suntech's entire SUNTECH mark in connection with

9    the sale of solar modules that compete directly with those offered by Suntech.

10   Consumers not only are likely to be confused by Defendants' trademark

11   infringement — they already have been confused.   Suntech faces much more

12   significant harm if injunctive relief is not granted than Defendants would suffer if

13   they are forced to stop infringing Suntech's marks.   This is a clear case for

14   injunctive relief, and Suntech therefore requests that the Court grant its motion

15   and issue a preliminary injunction prohibiting Defendants (and those acting in

16   concert with them) from continuing to infringe the SUNTECH mark.

17

18   DATED:  September 5, 2008            Respectfully submitted,

19                                        CHRISTIE, PARKER & HALE, LLP

20

21                                        By
                                             _____
22                                            David A. Dillard
                                              G. Warren Bleeker
23
                                          Attorneys for Plaintiffs,
24                                        SUNTECH POWER HOLDINGS CO.,
                                          LTD., WUXI SUNTECH POWER CO.,
25                                        LTD., and SUNTECH AMERICA, INC.

26   _____

27   [1]  For the same reason, Suntech submits that any bond that is required in
     connection with the preliminary injunction be in a de minimus amount.  *See*
28   Fed.R.Civ.P. 65(c).

# CERTIFICATE OF SERVICE

I certify that on September 5, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** was served on the parties in this action by **ELECTRONIC MAIL & FACSIMILE** addressed as follows:

SHENZHEN XINTIAN SOLAR
TECHNOLOGY CO., LTD.
E-mail: styujiang@yahoo.com
Facsimile: 011-86-755-28959162

SUN TECH SOLAR CO., LTD.
E-mail: leonli@solarsuntech.com
solar-xintian@163.com
Facsimile: 852-2776-6274

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on September 5, 2008 at Pasadena, California.

Roxanne Gaines

RG PAS812051.1-*-09/5/08 12:56 PM

# CERTIFICATE OF SERVICE

I certify that on September 5, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** was served on the parties in this action by **HAND DELIVERY** addressed as follows:

> SUN TECH SOLAR CO., LTD.
> FlatB, 2/F, Lung Wa Building
> 22 Fuk Wa St.
> Sham Shui Po
> Kowloon
> Hong Kong
> E-mail:  leonli@solarsuntech.com
>                 solar-xintian@163.com
> Facsimile:  852-2776-6274

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on September 5, 2008 at Pasadena, California.

_____
signature

RG PAS812051.1-*-09/5/08 12:56 PM

1  **DAVID A. DILLARD, CA Bar No. 97515**
   david.dillard@cph.com
2  **G. WARREN BLEEKER, CA Bar No. 210834**
   warren.bleeker@cph.com
3  **CHRISTIE, PARKER & HALE, LLP**
   **350 West Colorado Boulevard, Suite 500**
4  **Post Office Box 7068**
   **Pasadena, California 91109-7068**
5  **Telephone: (626) 795-9900**
   **Facsimile: (626) 577-8800**
6
   Attorneys for Plaintiffs,
7  SUNTECH POWER HOLDINGS CO., LTD.,
   WUXI SUNTECH POWER CO., LTD., and
8  SUNTECH AMERICA, INC.

9

10                    UNITED STATES DISTRICT COURT

11                  SOUTHERN DISTRICT OF CALIFORNIA

12

13
   SUNTECH POWER HOLDINGS CO.,    |  Case No.  08 CV 01582 H NLS
14 LTD., a corporation of the Cayman |
   Islands, WUXI SUNTECH POWER     |  **DECLARATION OF ROGER**
15 CO., LTD., a corporation of the   |  **EFIRD IN SUPPORT OF**
   People's Republic of China; and   |  **PLAINTIFFS' MOTION FOR**
16 SUNTECH AMERICA, INC., a         |  **PRELIMINARY INJUNCTION**
   Delaware corporation,            |
17                                   |
        Plaintiffs,                  |  **DATE:  October 6, 2008**
18                                   |  **TIME:  10:30 a.m.**
        vs.                          |  **CTRM: 13 (5th Floor)**
19                                   |
   SHENZHEN XINTIAN SOLAR          |  **Hon. Marilyn L. Huff**
20 TECHNOLOGY CO., LTD., a         |
   corporation of the People's Republic of |
21 China, and SUN TECH SOLAR CO.,  |
   LTD., a Hong Kong corporation    |
22                                   |
        Defendants.                  |
23

24

25      I, Roger Efird declare and state as follows:

26      1.      I am president of Plaintiff, Suntech America Inc.  I have held this

27 position since 2006.  Prior to that I was a full time marketing and business

28

                                    -1-

CHRISTIE, PARKER & HALE, LLP

development consultant for Plaintiff Suntech Power Holdings Co., Ltd.  I am Chairman of the Board of Directors of the Solar Energy Industry Association (SEIA).  SEIA is a co-sponsor of the Solar Power International 2008 trade show, the largest solar power conference in the United States.  I have personal knowledge of the contents of this declaration and, if called as a witness could and would competently testify thereto.

2.     Plaintiff Suntech America, Inc.  ("Suntech America") and Wuxi Suntech Power Company, Ltd. ("Wuxi Suntech Power") are wholly owned by Plaintiff Suntech Power Holdings Company Ltd. ("Suntech Power"). Collectively, Plaintiffs are referred to herein as "Suntech."

3.     Suntech is one of the largest solar module providers in the world.  It is a leader in the design and manufacture of solar energy solutions for a wide variety of customers, including commercial and residential.  Suntech's solar module products include monocrystalline products, polycrystalline products and building integrated photovoltaic (BIPV) MSK solar design products.  These products are sold to homeowners, commercial owners, architects and builders, contractors and installers and dealers.

4.     Suntech's products are distributed nationwide.  Suntech has sales offices, installation partners and authorized dealers throughout the United States, including in California.

5.     Suntech has experienced tremendous growth and commercial

3:08 CV 01582 H NLS

CHRISTIE, PARKER & HALE, LLP

success in the United States since it began selling solar products in the U.S. in 2003. While Suntech's sales were modest before 2006, they have grown tremendously since then. In 2006, sales in the U.S. were about $25 million and in 2007, sales grew to about $125 million.

6.    Wuxi Suntech Power is the owner of United States Trademark Registration No. 3,111,705 for "SUNTECH" and design ("the '705 Registration") shown below:

**Suntech**

The '705 registration issued on July 4, 2006 and contains the following goods description:  "Solar batteries; electrical accumulators for vehicles; accumulator boxes; plates for batteries; batteries for lighting; batteries; battery chargers; galvanic batteries; electric batteries, in Class 9."  A true and correct copy of the '705 Registration is attached hereto as Exhibit A.

7.    Suntech Power and Suntech America have the exclusive right and license to use the SUNTECH and design mark in the United Sates.  Suntech Power and Suntech America also uses and owns the unregistered mark SUNTECH in connection with the sale of solar modules and other solar energy products.

8.    Suntech advertises and promotes its products under its registered SUNTECH and design mark and unregistered SUNTECH mark and name

-3-

3:08 CV 01582 H NLS

CHRISTIE, PARKER & HALE, LLP

(collectively "SUNTECH marks") in a variety of ways.  For example, Suntech uses its SUNTECH marks on its letterhead, business cards, forms including invoices, purchase orders and the like, and on its product packaging.  Examples of such business uses of the SUNTECH marks are shown in Exhibit B.  STP (which is recognized as an abbreviation for "Suntech Power") appears on the actual solar modules and other products.  The SUNTECH marks also appear on all advertising material including pamphlets and brochures, point of sale materials such as flyers and leaflets, instructions, manuals, trade magazine and newspaper advertisements.  Examples of such advertising materials are shown in Exhibit C. The SUNTECH marks appear on Suntech's website, http://www.suntech-power.com/.  Exemplary website pages are shown in Exhibit D hereto.  The SUNTECH marks also appear on dealer websites and dealer advertising.  Exemplary dealer website pages are shown in Exhibit E.

9.    Suntech attends and displays its products at ten to twenty trade shows annually, including the Solar Power International trade show and the Green Buildings Conference.  At these trade shows, the name and mark SUNTECH is prominently displayed at Suntech's booth and is shown on advertising materials given out at the show as well as on product packaging.  Exemplary photographs of past trade shows are shown in Exhibit F.

10.    Suntech has spent a great deal of time and expense in promoting, advertising and marketing its solar energy products.  Marketing, advertising and

CHRISTIE, PARKER & HALE, LLP

promotional expenses for the last two years have been at least $300,000 to

$400,000.  Virtually all of the marketing and advertising expenses involve the use

of the mark SUNTECH and Design and/or mark and name Suntech.

11.    Suntech's products are uniquely recognized and easily distinguished

within the industry by virtue of Suntech's extensive sales and promotion.

Coupled with the quality of Suntech's products and its customer service, Suntech

enjoys strong customer satisfaction and is a leader in the sale and distribution of

solar energy products in the United States.

12.    I became aware of Defendant Sun Tech Solar Company, Ltd. as a

result of telephone calls I received from several individuals seeking information

about products branded "Sun Tech" that we did not sell.  It was clear that the

callers believed that we were the source of these products.  As a result of these

calls, I conducted an internet search and located the website of Sun Tech Solar,

Co., Ltd.

13.    I also became aware of this company while viewing a list of

exhibitors to the Solar Power International 2008 trade show scheduled for

October 13-16, 2008 in San Diego, California.  Exhibit F hereto contains

pertinent pages  of the Solar Power International 2008 website.  Under the

Exhibitor Index I found the company name Sun Tech Solar Company, Ltd. on the

same page as  our name, *i.e.*, Suntech Power Holdings Company, Ltd.  Suntech

Power Holdings Company, Ltd. and Suntech America will have a substantial

CHRISTIE, PARKER & HALE, LLP

booth at this trade show.

14.     When I clicked on the name Sun Tech Solar Company, Ltd., in the Exhibitor List, I was directed to a page, Exhibit G hereto, containing information as to the location of the Sun Tech Solar booth, *i.e.*, Booth 1813, at the Exhibition Hall of the trade show.  The page also contained information concerning the parent company Shenzhen Xintian Solar Technology Company, Ltd.  It is indicated that Sun Tech Solar Company, Ltd. is the Hong Kong branch of Shenzhen Xintian Solar.  The page also included a link to the Sun Tech Solar website www.solarsuntech.com.

15.     When I clicked onto the link to the Sun Tech Solar website I found numerous web pages describing Sun Tech Solar's products including solar PV (photovoltaic) module products.  Pertinent website pages are attached hereto as Exhibit H.  The PV module products are "solar batteries" as that term is used in Suntech's U.S. '705 Registration.  These solar module products compete directly with Suntech's solar modules.

16.     In my opinion, there would be a high likelihood of customer confusion if Sun Tech Solar were allowed to promote, advertise and market its solar module products under the marks SUN TECH and/or SUN TECH SOLAR at the Solar Power International 2008 trade show October 13-16, 2008 in San Diego.  This is especially true when Suntech is also present and will be marketing and promoting its one line of solar modules under its SUNTECH marks, just

3:08 CV 01582 H NLS

CHRISTIE, PARKER & HALE, LLP

down the hallway from the Sun Tech Solar booth.  Customers will be confused

into believing that Suntech is the source of products sold by Sun Tech Solar or, at

the very least, that Sun Tech Solar is somehow affiliated with or sponsored by

Suntech.

17.    Attached hereto as Exhibit I are true and correct copies of invoices

for payments by Suntech for reserving and rental of exhibition space (booth

rental).  It is my understanding that all exhibitors must provide a deposit for their

exhibition space.  Also attached as part of Exhibit I is a copy of the Terms and

Conditions which Sun Tech Solar Power was required to agree in order to

participate in the Solar Power 2008 trade show.  It is my understanding that all

exhibitors are required to agree to these Terms and Conditions.

18.    At least as early as May 14, 2008, Suntech communicated its

concerns about Defendants' use of SUN TECH to Defendants.  Attached hereto

as Exhibit J are true and correct copies of correspondence between Suntech's

outside counsel, Christopher Palermo and Mr. Yu Jiang, Chairman of Defendant

Shenzhen Xintian Solar Technology Co., Ltd. demanding that the mark "Sun

Tech" not be used by it or its subsidiary Sun Tech Solar Co., Ltd. at the Solar

Power International 2008 trade show in San Diego or otherwise in the U.S.

because of the obvious conflict with Suntech's use of its SUNTECH marks.  To

///

3:08 CV 01582 H NLS

1  date, Defendants have refused Suntech's demands not to use the SUN TECH

2  mark.

3

4

5      I declare under penalty of perjury under the laws of the United States that

6  the foregoing is true and correct.

7      Executed this _4_$^{Th}$_ day of September, 2008, in _Maryland_ .

8

9

10                                    _Jay Roger Efird_

11                                         Roger Efird

12

DAD PAS812004.1-*-09/4/08 1:55 PM

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

# EXHIBIT A

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 3,111,705

Registered July 4, 2006

## TRADEMARK
### PRINCIPAL REGISTER



WUXI SUNTECH POWER CO., LTD. (CHINA CORPORATION)
ROOM 1218, SECTION 1
SCIENTIFIC-TECHNICAL DEVELOPMENT GAR-DENNATIONAL HI-TEC EXPLOIT DISTRICT OF WUXI
JIANGSU PROVINCE, CHINA

FOR: SOLAR BATTERIES; ELECTRIC ACCUMU-LATORS FOR VEHICLES; ACCUMULATOR BOXES; BATTERY BOXES; PLATES FOR BATTERIES; BAT-TERIES FOR LIGHTING; BATTERIES; BATTERY CHARGERS; GALVANIC BATTERIES; ELECTRIC

BATTERIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-25-2004; IN COMMERCE 9-25-2004.

THE MARK CONSISTS OF THE WORD SUN-TECH IN SPECIAL FORM WITH AN ARBITRARY DESIGN.

SER. NO. 78-644,467, FILED 6-6-2005.

ANDREA EVANS, EXAMINING ATTORNEY

# EXHIBIT B



**Suntech America, Inc.**
**188 The Embarcadero**
**Suite 800**
**San Francisco, CA 94105**
**USA**
**Phone: (301)774-3430**

**Roger Efird**
President

**Suntech America, Inc.**

**SUNTECH**

**T** +1 (301) 774 3430
**F** +1 (301) 880 0076
**M** +1 (301) 466 2552
rogerefird@suntechamerica.com

188 The Embarcadero, 8th Floor
San Francisco, CA 94105
U.S.A.





**SUNTECH**

*Suntech Power Co., Ltd*

Suntech Power Co., Ltd.
17-6 Changjiang South Road New District WuXi Jiangsu
Province  China 214028

Tel:  +86-510-8531-8607
Fax: +86-510-8522-6727
Email: ycheng@suntech-power.com

# Pre-payment Invoice

**Client Name**                    **Master PO #:**
**Address:**                       **Sub PO #**
                                   **Invoice #**
**TEL:**                           **PO Date:**
**FAX:**                           **Trade Term**    FOBShanghai(By vessel)
**Contact Person:**                **ETD**           TBA
**Email Address:**                 **Payment Term** 33% prior to shipment and then 67%
                                                     30 days after delivery

| Description | Product # | Quantity | Unit Price/Watt | Total Amount $ |
|---|---|---|---|---|
| | | | | |
| | | | Total | |
| | | 33% prepayment Due | | US$0.00 |

| **Shipping Term:** | **Payment Term:** |
|---|---|
| 1. Shipping Date Ex Factory: | 1. Payment Term: |
| 2. Estimated Shipping D **TBA** | 2. Payment Method:  **Bank Wire Transfer** |
| 3. Quality Standard: **Suntech Standard** | 3. Late Payment Fees:  **1.5% Monthly Interests** |
| | **Bank Wire Instruction:** |
| 4. Packing Standard **Standard Packing** | Beneficiary Name:  **Wuxi Suntech Power Co., Ltd.'s** |
| | Bank Account Number:  **781-1056999 (USD)** |
| 5. Shipping Method **By sea** | Beneficiary Bank:  **ABN AMRO Bank (China) Co., Ltd.** |
| | SWIFT Code:  **ABNACNSH** |
| 6. Shipping Insuran **Collect** | Bank Address: |
| | **25th Floor, Azia Center, No. 1233 Lu Jia Zui Ring Rd., Pudong New Area, Shanghai 200120, P.R. China** |
| | Correspondent Bank:  **USD ABN AMRO Bank, New York Br.** |
| | SWIFT Code:  **ABNAUS33** |
| | ABA #:  **FW026009580** |

| **Seller Stamp:Wuxi Suntech Power Co., Ltd** | **Signature:** |
|---|---|

**Foot Note**

This invoice is governed by the terms and conditions of the relevant purchase order, or if applicable, the relevant sales agreement.  Interest, as set out in the purchase order or sales agreement, will be charged to late payments under this invoice.

*Thank You*

# EXHIBIT C

**SUNTECH**

# STP170S-24/Ab-1
### STP160S-24/Ab-1    STP165S-24/Ab-1
### STP175S-24/Ab-1    STP180S-24/Ab-1

## High Efficiency, High Quality PV Module

Suntech's STP/Ab-1 is designed and built to deliver high efficiency and reliable power for on-grid residential and commercial systems worldwide. Relying on Suntech's renowned stringent manufacturing standards and latest PV technology, the module provides the highest possible energy output per Watt with a total module efficiency of 14.1%. A superior conversion rate and exceptional low-light performance enable it to deal with the most challenging conditions of military, utility, residential and commercial installations. The module is the perfect choice for those who demand outstanding performance and exceptional uniform appearance.

### Features and benefits
High efficiency
- Nominal 24 V DC for standard output
- Outstanding low-light performance
- High transparent low-iron, tempered glass
- Unique techniques give the panel the following features: aesthetic appearance, high wind-pressure and snow load tolerance, and easy installation
- Unique technology ensures that water freezing and warping do not occur
- Designed to meet the unique demands of customers
- 25 year transferable power output warranty
- Class C fire rating
- UL listings: UL1703, cULus
- ISO 9001: 2001 and ISO14000 certified facilities





## Electrical Characteristics

| Model | STP180S-24/Ab-1 | STP175S-24/Ab-1 | STP170S-24/Ab-1 | STP165S-24/Ab-1 | STP160S-24/Ab-1 |
|---|---|---|---|---|---|
| Open-circuit voltage (Voc) | 44.4V | 44.2V | 43.8V | 43.6V | 43.2V |
| Optimum operating voltage (Vmp) | 35.6V | 35.2V | 35.2V | 34.8V | 34.4V |
| Short-circuit current (Isc) | 5.4A | 5.2A | 5.14A | 5.04A | 5A |
| Optimum operating current (Imp) | 5.05A | 4.95A | 4.83A | 4.74A | 4.65A |
| Maximum power at STC (Pmax) | 180Wp | 175Wp | 170Wp | 165Wp | 160Wp |
| Operating temperature | -40℃ to +85℃ | -40℃ to +85℃ | -40℃ to +85℃ | -40℃ to +85℃ | -40℃ to +85℃ |
| Maximum system voltage | 600V DC | 600V DC | 600V DC | 600V DC | 600V DC |
| Series fuse rating | 15 AMPS | 15 AMPS | 15 AMPS | 15 AMPS | 15 AMPS |

STC: Irradiance 1000W/m², Module temperature 25℃, AM=1.5



## Module Diagram



Note: mm[inch]

### Specifications

| Cell | Monocrystalline silicon solar cells 125mm×125mm |
|---|---|
| No. of cells and connections | 72(6×12) |
| Dimension of module | 1580mm×808mm×35mm |
| Weight | 15.5kg |

### Temperature  Coefficients

| NOCT | 45℃±2℃ |
|---|---|
| Short-circuit current temperature coefficient | 0.017 %/K |
| Open-circuit voltage temperature coefficient | -0.34 %/K |
| Peak power temperature coefficient | -0.48 %/K |
| Power tolerance | ±3% |

NOCT: Nominal Operating Cell Temperature
(data refer to STP165S)

### Output

| Cable | AIW (12AWG) |
|---|---|
| Lengths | 1200mm(-) and 800mm(+) |
| Connection | MC Plug Type IV |

### Characteristics

Module IV Graph 170W



### Normalized Isc, Voc, Pmax vs. module temperature characteristics


**SUNTECH**

# STP085S-12/Bb-1
## STP080S-12/Bb-1

High Efficiency, High Quality
PV Module

Suntech's STP/Bb-1 features a total module efficiency of 13.14%, which delivers maximum power output at peak hours. The STPBb-1 is ideal for off-grid and remote power systems. With a 25 year transferable warranty, the module is highly efficient and lasts long even in a variety of rigorous conditions. A uniquely textured cell surface and bypass diode design ensure that the module can fully utilize and absorb sunlight and offer maximum power output per square foot of the solar array.

### Features and benefits
- High efficiency
- Nominal 12 V DC for standard output
- Outstanding low-light performance
- High transparent low-iron, tempered glass
- Unique techniques give the panel the following features: aesthetic appearance, high wind-pressure and snow load tolerance, and easy installation
- Unique technology ensures that water freezing and warping do not occur
- Designed to meet the unique demands of customers
- 25 year transferable power output warranty
- Class C fire rating
- UL listings: UL1703, cULus
- ISO 9001: 2001 and ISO14000 certified facilities





## Electrical Characteristics

| Model | STP085S-12/Bb-1 | STP080S-12/Bb-1 |
|---|---|---|
| Open-circuit voltage (Voc) | 21.9V | 21.6V |
| Optimum operating voltage (Vmp) | 17.6V | 17.2V |
| Short-circuit current (Isc) | 5.14A | 5A |
| Optimum operating current (Imp) | 4.83A | 4.65A |
| Maximum power at STC (Pmax) | 85Wp | 80Wp |
| Operating temperature | -40℃ to +85℃ | -40℃ to +85℃ |
| Maximum system voltage | 600V DC | 600V DC |
| Series fuse rating | 15 AMPS | 15 AMPS |

STC: Irradiance 1000W/m², Module temperature 25℃, AM=1.5

 **SUNTECH**

## Module Diagram



Note: mm[inch]

### Specifications

| Cell | Monocrystalline silicon solar cells 125mm×125mm |
|---|---|
| No. of cells and connections | 36(4×9) |
| Dimension of module | 1195mm×541mm×30mm |
| Weight | 8kg |

### Temperature  Coefficients

| NOCT | 45℃±2℃ |
|---|---|
| Short-circuit current temperature coefficient | 0.020 %/K |
| Open-circuit voltage temperature coefficient | -0.34 %/K |
| Peak power temperature coefficient | -0.46 %/K |
| Power tolerance | ±5% |

NOCT: Nominal Operating Cell Temperature
(data refer to STP080S)

### Output

| Cable | AIW (12AWG) |
|---|---|
| Lengths | 750mm(-) and 750mm(+) |
| Connection | MC Plug Type IV |

## Characteristics
### Module IV Graph 85W



## Normalized Isc, Voc, Pmax vs. module temperature characteristics





# STP200S-18/Ub-1
## STP190S-18/Ub-1
## STP210S-18/Ub-1

High Efficiency, High Quality
PV Module

Suntech's STP/Ub-1 is designed and built to deliver high efficiency and reliable power for on-grid residential and commercial systems worldwide. Relying on Suntech's renowned stringent manufacturing standards and latest PV technology, the module provides the highest possible energy output per Watt with a total module efficiency of 13.6%. A superior conversion rate and exceptional low-light performance enable it to deal with the most challenging conditions of military, utility, residential and commercial installations. The module is the perfect choice for those who demand outstanding performance and exceptional uniform appearance.





### Features and benefits
- High efficiency
- Nominal 18 V DC for standard output
- Outstanding low-light performance
- High transparent low-iron, tempered glass
- Unique techniques give the panel the following features: aesthetic appearance, high wind-pressure and snow load tolerance, and easy installation
- Unique technology ensures that water freezing and warping do not occur
- Designed to meet the unique demands of customers
- 25 year transferable power output warranty
- Class C fire rating
- UL listings: UL1703, cULus
- ISO 9001: 2001 and ISO14000 certified facilities

## Electrical Characteristics

| Model | STP210S-18/Ub-1 | STP200S-18/Ub-1 | STP190S-18/Ub-1 |
|---|---|---|---|
| Open-circuit voltage (Voc) | 33.6V | 33.6V | 33.2V |
| Optimum operating voltage (Vmp) | 26.4V | 26.2V | 26.2V |
| Short-circuit current (Isc) | 8.33A | 8.1A | 7.84A |
| Optimum operating current (Imp) | 7.95A | 7.63A | 7.25A |
| Maximum power at STC (Pmax) | 210Wp | 200Wp | 190Wp |
| Operating temperature | -40℃ to +85℃ | -40℃ to +85℃ | -40℃ to +85℃ |
| Maximum system voltage | 600V DC | 600V DC | 600V DC |
| Series fuse rating | 20 AMPS | 20 AMPS | 20 AMPS |

STC: Irradiance 1000W/m², Module temperature 25℃, AM=1.5



## Module Diagram



Note: mm[inch]

## Specifications

| | |
|---|---|
| Cell | Monocrystalline silicon solar cells 156mm×156mm |
| No. of cells and connections | 54(6×9) |
| Dimension of module | 1482mm×992mm×35mm |
| Weight | 16.8kg |

## Temperature Coefficients

| | |
|---|---|
| NOCT | 45℃ ± 2℃ |
| Short-circuit current temperature coefficient | (0.055±0.01) %/K |
| Open-circuit voltage temperature coefficient | -(0.34±0.01) %/K |
| Peak power temperature coefficient | -(0.48±0.05) %/K |
| Power tolerance | ±3% |

NOCT: Nominal Operating Cell Temperature
above data is only for reference

## Output

| | |
|---|---|
| Cable | LAPP(4.0mm²) |
| Asymmetrical Lengths | 1200mm(-) and 800mm(+) |
| Connection | MC Plug Type IV |

## Characteristics
### Module IV Graph 200W



**SUNTECH**

# STP170-24/Ab-1

**STP160-24/Ab-1    STP165-24/Ab-1**
**STP175-24/Ab-1    STP180-24/Ab-1**

## High Efficiency, High Quality PV Module

Suntech's STP/Ab-1 is designed and built to deliver high efficiency and reliable power for on-grid residential and commercial systems worldwide. Relying on Suntech's renowned stringent manufacturing standards and latest PV technology, the module provides the highest possible energy output per Watt with a total module efficiency of 14.1%. A superior conversion rate and exceptional low-light performance enable it to deal with the most challenging conditions of military, utility, residential and commercial installations. The module is the perfect choice for those who demand outstanding performance and exceptional uniform appearance.



### Features and benefits

• High efficiency
• Nominal 24 V DC for standard output
• Outstanding low-light performance
• High transparent low-iron, tempered glass
• Unique techniques give the panel the following features: aesthetic appearance, high wind-pressure and snow load tolerance, and easy installation
• Unique technology ensures that water freezing and warping do not occur
• Designed to meet the unique demands of customers
• 25 year transferable power output warranty
• Class C fire rating
• UL listings: UL1703, cULus
• ISO 9001: 2001 and ISO14000 certified facilities



## Electrical Characteristics

| Model | STP180-24/Ab-1 | STP175-24/Ab-1 | STP170-24/Ab-1 | STP165-24/Ab-1 | STP160-24/Ab-1 |
|---|---|---|---|---|---|
| Open-circuit voltage (Voc) | 44.4V | 44.2V | 43.8V | 43.6V | 43.2V |
| Optimum operating voltage (Vmp) | 35.6V | 35.2V | 35.2V | 34.8V | 34.4V |
| Short-circuit current (Isc) | 5.4A | 5.2A | 5.14A | 5.04A | 5A |
| Optimum operating current (Imp) | 5.05A | 4.95A | 4.83A | 4.74A | 4.65A |
| Maximum power at STC (Pmax) | 180Wp | 175Wp | 170Wp | 165Wp | 160Wp |
| Operating temperature | -40℃ to +85℃ | -40℃ to +85℃ | -40℃ to +85℃ | -40℃ to +85℃ | -40℃ to +85℃ |
| Maximum system voltage | 600V DC | 600V DC | 600V DC | 600V DC | 600V DC |
| Series fuse rating | 15 AMPS | 15 AMPS | 15 AMPS | 15 AMPS | 15 AMPS |

STC: Irradiance 1000W/m²'s, Module temperature 25℃, AM=1.5



## Module Diagram



Note: mm[inch]

### Specifications

| Cell | Multicrystalline silicon solar cells 125mm×125mm |
| --- | --- |
| No. of cells and connections | 72(6×12) |
| Dimension of module | 1580mm×808mm×35mm |
| Weight | 15.5kg |

### Temperature Coefficients

| NOCT | 45℃±2℃ |
| --- | --- |
| Short-circuit current temperature coefficient | 0.045 %/K |
| Open-circuit voltage temperature coefficient | -0.34 %/K |
| Peak power temperature coefficient | -0.47 %/K |
| Power tolerance | ±3% |

NOCT: Nominal Operating Cell Temperature
(data refer to STP165)

### Output

| Cable | AIW (12AWG) |
| --- | --- |
| Asymmetrical Lengths | 1200mm(-) and 800mm(+) |
| Connection | MC Plug Type IV |

## Characteristics
### Module IV Graph 170W



## Normalized Isc, Voc, Pmax vs. module temperature characteristics




**SUNTECH**

# STP085-12/Bb-1
### STP080-12/Bb-1

High Efficiency, High Quality
PV Module

Suntech's STP/Bb-1 features a total module efficiency of 13.1%, which delivers maximum power output at peak hours. The STPBb-1 is ideal for off-grid and remote power systems. With a 25 year transferable warranty, the module is highly efficient and lasts long even in a variety of rigorous conditions. A uniquely textured cell surface and bypass diode design ensure that the module can fully utilize and absorb sunlight and offer maximum power output per square foot of the solar array.

## Features and benefits
- High efficiency
- Nominal 12 V DC for standard output
- Outstanding low-light performance
- High transparent low-iron, tempered glass
- Unique techniques give the panel the following features: aesthetic appearance, high wind-pressure and snow load tolerance, and easy installation
- Unique technology ensures that water freezing and warping do not occur
- Designed to meet the unique demands of customers
- 25 year transferable power output warranty
- Class C fire rating
- UL listings: UL1703, cULus
- ISO 9001: 2001 and ISO14000 certified facilities



  CE

## Electrical Characteristics

| Model | STP085-12/Bb-1 | STP080-12/Bb-1 |
|---|---|---|
| Open-circuit voltage (Voc) | 21.4V | 21.2V |
| Optimum operating voltage (Vmp) | 17.1V | 16.8V |
| Short-circuit current (Isc) | 5.32A | 5.12A |
| Optimum operating current (Imp) | 4.97A | 4.76A |
| Maximum power at STC (Pmax) | 85Wp | 80Wp |
| Operating temperature | -40℃ to +85℃ | -40℃ to +85℃ |
| Maximum system voltage | 600V DC | 600V DC |
| Series fuse rating | 15 AMPS | 15 AMPS |

STC: Irradiance 1000W/m², Module temperature 25℃, AM=1.5



## Module Diagram



(Back View)

(Front View)

Note: mm[inch]

### Specifications

| Cell | Multicrystalline silicon solar cells 125mm×125mm |
|---|---|
| No. of cells and connections | 36(4×9) |
| Dimension of module | 1195mm×541mm×30mm |
| Weight | 8kg |

### Temperature  Coefficients

| NOCT | 45℃±2℃ |
|---|---|
| Short-circuit current temperature coefficient | 0.045 %/K |
| Open-circuit voltage temperature coefficient | -0.33 %/K |
| Peak power temperature coefficient | -0.45 %/K |
| Power tolerance | ±5% |

NOCT: Nominal Operating Cell Temperature
(data refer to STP080)

### Output

| Cable | AlW（12AWG） |
|---|---|
| Lengths | 750mm(-) and 750mm(+) |
| Connection | MC Plug Type IV |

### Characteristics
Module IV Graph 85W



### Normalized Isc, Voc, Pmax vs. module temperature characteristics





# STP200-18/Ub-1
## STP190-18/Ub-1
## STP210-18/Ub-1

High Efficiency, High Quality
PV Module

Suntech's STP/Ub-1 is designed and built to deliver high efficiency and reliable power for on-grid residential and commercial systems worldwide. Relying on Suntech's renowned stringent manufacturing standards and latest PV technology, the module provides the highest possible energy output per Watt with a total module efficiency of 13.6%. A superior conversion rate and exceptional low-light performance enable it to deal with the most challenging conditions of military, utility, residential and commercial installations. The module is the perfect choice for those who demand outstanding performance and exceptional uniform appearance.

### Features and benefits
- High efficiency
- Nominal 18 V DC for standard output
- Outstanding low-light performance
- High transparent low-iron, tempered glass
- Unique techniques give the panel the following features: aesthetic appearance, high wind-pressure and snow load tolerance, and easy installation
- Unique technology ensures that water freezing and warping do not occur
- Designed to meet the unique demands of customers
- 25 year transferable power output warranty
- Class C fire rating
- UL listings: UL1703, cULus
- ISO 9001: 2001 and ISO14000 certified facilities





## Electrical Characteristics

| Model | STP210-18/Ub-1 | STP200-18/Ub-1 | STP190-18/Ub-1 |
|---|---|---|---|
| Open-circuit voltage (Voc) | 33.6V | 33.4V | 33V |
| Optimum operating voltage (Vmp) | 26.4V | 26.2V | 26V |
| Short-circuit current (Isc) | 8.33A | 8.12A | 7.89A |
| Optimum operating current (Imp) | 7.95A | 7.63A | 7.31A |
| Maximum power at STC (Pmax) | 210Wp | 200Wp | 190Wp |
| Operating temperature | -40℃ to +85℃ | -40℃ to +85℃ | -40℃ to +85℃ |
| Maximum system voltage | 600V DC | 600V DC | 600V DC |
| Series fuse rating | 20 AMPS | 20 AMPS | 20 AMPS |

STC: Irradiance 1000W/m², Module temperature 25℃, AM=1.5

 **SUNTECH**

## Module Diagram



Note: mm[inch]

## Specifications

| Cell | Multicrystalline silicon solar cells 156mm×156mm |
|---|---|
| No. of cells and connections | 54(6×9) |
| Dimension of module | 1482mm×992mm×35mm |
| Weight | 16.8kg |

## Temperature Coefficients

| NOCT | 45℃ ± 2℃ |
|---|---|
| Short-circuit current temperature coefficient | (0.055±0.01) %/K |
| Open-circuit voltage temperature coefficient | -(0.34±0.01) %/K |
| Peak power temperature coefficient | -(0.47±0.05) %/K |
| Power tolerance | ±3% |

NOCT: Nominal Operating Cell Temperature
above data is only for reference

## Output

| Cable | LAPP(4.0mm²) |
|---|---|
| Asymmetrical Lengths | 1200mm(-) and 800mm(+) |
| Connection | MC Plug Type IV |

## Characteristics
### Module IV Graph 200W





# BLACK LABEL™

**STP160S-24/Ab-1    STP165S-24/Ab-1**
**STP170S-24/Ab-1    STP175S-24/Ab-1**
**STP180S-24/Ab-1**

High Efficiency, High Quality
PV Module

Suntech Black Label modules are exclusively designed and engineered for homeowners who seek a rooftop solar solution that combines visual aesthetics with excellent efficiency.

Combining Suntech's black monocrystalline solar cells with a black back surface and a black aluminum frame, the Suntech Black Label series offers an elegant touch to your home's exterior. Our 25 year transferable power output warranty will ensure that the Suntech Black Label module will be a reliable, long-term investment choice for you and your family.

## Features and benefits

- Aesthetic appearance with excellent efficiency
- Outstanding low-light performance
- High transparent low-iron, tempered glass
- Unique technologies give the panel the following features: high wind-pressure and snow load tolerance and easy installation
- Leading module sealing technology eliminates leakage and frame deformation
- May be customized to meet customer specifications
- 25 year transferable power output warranty
- Class C fire rating
- UL listings: UL1703, cULus
- ISO 9001: 2001 and ISO14000 certified facilities





## Electrical Characteristics

| Model | STP180S-24/Ab-1 | STP175S-24/Ab-1 | STP170S-24/Ab-1 | STP165S-24/Ab-1 | STP160S-24/Ab-1 |
|---|---|---|---|---|---|
| Open-circuit voltage (Voc) | 44.4V | 44.2V | 43.8V | 43.6V | 43.2V |
| Optimum operating voltage (Vmp) | 35.6V | 35.2V | 35.2V | 34.8V | 34.4V |
| Short-circuit current (Isc) | 5.4A | 5.2A | 5.14A | 5.04A | 5A |
| Optimum operating current (Imp) | 5.05A | 4.95A | 4.83A | 4.74A | 4.65A |
| Maximum power at STC (Pmax) | 180Wp | 175Wp | 170Wp | 165Wp | 160Wp |
| Operating temperature | -40℃ to +85℃ | -40℃ to +85℃ | -40℃ to +85℃ | -40℃ to +85℃ | -40℃ to +85℃ |
| Maximum system voltage | 600V DC | 600V DC | 600V DC | 600V DC | 600V DC |
| Series fuse rating | 15 AMPS | 15 AMPS | 15 AMPS | 15 AMPS | 15 AMPS |

STC: Irradiance 1000W/m², Module temperature 25℃, AM=1.5





## Module Diagram



Note: mm[inch]

### Specifications

| Cell | Monocrystalline silicon solar cells 125mm×125mm |
|---|---|
| No. of cells and connections | 72(6×12) |
| Dimension of module | 1580mm×808mm×35mm |
| Weight | 15.5kg |

### Temperature Coefficients

| NOCT | 45℃ ± 2℃ |
|---|---|
| Short-circuit current temperature coefficient | 0.017 %/K |
| Open-circuit voltage temperature coefficient | -0.34 %/K |
| Peak power temperature coefficient | -0.48 %/K |
| Power tolerance | ±3% |

NOCT: Nominal Operating Cell Temperature
(data refer to STP165S)

### Output

| Cable | AIW (12AWG) |
|---|---|
| Lengths | 1200mm(-) and 800mm(+) |
| Connection | MC Plug Type IV |

### Characteristics

Module IV Graph 170W



### Normalized Isc, Voc, Pmax vs. module temperature characteristics



# EXHIBIT D







Copyright 2008 Suntech Power  All Rights Reserved  |  Legal Statement  |  Privacy Policy

中文





**SUNTECH** | OUR PRODUCTS | PRESS | INVESTOR CENTER | ABOUT SUNTECH | CONTACT US | SEARCH

**OUR PRODUCTS**

**Suntech MSK Solar Design Products**

Product overview

Monocrystalline
Polycrystalline
MSK Design Line
  See Thru
  Light Thru
  Semi-Shade
  Black Label
  Just Roof
  QuikSnap

Performance
Availability
Warranty
Certifications

Case Studies

Suntech's MSK Solar Design Line of products offers superior aesthetics compared to standard PV modules and can be used to create buildings that are sustainable, functional and visually stunning. MSK is the name of the Japanese specialist in Solar Design, with experience in solar dating back to 1981, that Suntech acquired in 2006.

The majority of Suntech's MSK Solar Design products are Building Integrated Photovoltaic (BIPV) modules. These BIPV modules function, not as an add-on, but rather, as an integral part of the building skin. They can be used just like standard building materials, but with the added value of generating electricity directly from sunlight. BIPV modules provide greatly improved aesthetics and allow savings over traditional building materials and installation.

Lower Ft. Garry Visitor Center in Manitoba, Canada.

**How can we help you?**

+ Homeowners
+ Commercial Customers
+ Architects & Builders
+ Dealers
+ Investors
+ Press

**CLICK HERE** for sales information, to become a Suntech Dealer or for a Solar Evaluation. Or click on "Contact Us" above.

**A GUIDE TO SOLAR ENERGY**
*Are you curious about solar energy and what it means to you and your future? You're at the right place.*
+ Benefits of Solar
+ How Solar Works
+ About Photovoltaics
+ History of Solar
+ Solar Glossary
+ Solar & Global Warming
+ Useful Links
+ Solar FAQ

Copyright 2008 Suntech Power. All Rights Reserved | Legal Statement | Privacy Policy

中文





**SUNTECH**  | OUR PRODUCTS  |  PRESS  |  INVESTOR CENTER  |  ABOUT SUNTECH  |  CONTACT US    SEARCH

## OUR PRODUCTS

Product overview

Monocrystalline
Polycrystalline
MSK Design Line
  See Thru
  Light Thru
  Semi-Shade
  Black Label
  Just Roof
  QuikSnap

Performance
Availability
Warranty
Certifications

Case Studies

### Cost Performance

On average around the world, sunlight delivers a barrel of oil of energy on every square meter of land every year. At $100 a barrel, a 100m2 roof is receiving $10,000/yr of energy - a quarter of a million dollars over 25 years. With photovoltaic systems we can convert up to 20% of this raw energy directly into electricity. Unlike traditional power sources whose economics depends on the ever changing price of fuel, solar energy systems come with a 25 year guaranteed free fuel supply direct from the Sun. While electricity prices are increasing all around the world, once you have invested in a solar system you will have little or no additional costs to pay.

Our building integrated (BIPV) modules are unique building materials that generate revenue. When compared to other high quality glazing and cladding materials, a BIPV system is extremely reasonable. Many other glazing options can be comparable in cost, while materials such as granite and marble are more expensive (and produce no income stream!).

The exact costs of a solar energy system will vary from system to system, but the factors to consider are:

| EXTRA COSTS | EXTRA SAVINGS/REVENUES | OTHER BENEFITS |
|---|---|---|
| • Modules<br>• Inverter<br>• Mounting<br>• Cabling<br>• Installation | • Income from electricity generation (this is often increased by subsidy programs)<br>• Initial cost subsidies/tax breaks<br>• Safeguard against electricity price increases<br>• Higher resell value of building<br>• Reduced occupant energy use (typically 10%)<br>• For BIPV: eliminates need for | • Reduced environmental impact<br>• Reduces reliance on imports of fossil fuels<br>• Attractive appearance<br>• Sales point for potential tenants/buyers<br>• Display unit to show performance and CO2 savings from system |

#### How can we help you?

+ Homeowners
+ Commercial Customers
+ Architects & Builders
+ Dealers
+ Investors
+ Press

CLICK HERE  for sales information, to become a Suntech Dealer or for a Solar Evaluation. Or click on "Contact Us" above.

#### A GUIDE TO SOLAR ENERGY

*Are you curious about solar energy and what it means to you and your future? You're at the right place.*

+ Benefits of Solar
+ How Solar Works
+ About Photovoltaics
+ History of Solar
+ Solar Glossary
+ Solar & Global Warming
+ Useful Links
+ Solar FAQ

Copyright 2006 Suntech Power  All Rights Reserved  |  Legal Statement  |  Privacy Policy

中文













Copyright 2008 Suntech Power  All Rights Reserved  |  Legal Statement  |  Privacy Policy

# EXHIBIT E





# Suntech With Up To A 14.1 % Module Efficiency Rating !

## SUNTECH IS ON ITS WAY TO BECOMING THE NUMBER ONE LARGEST MANUFACTURER OF TOP OF THE LINE SOLAR PANELS IN THE WORLD !

## Just Who Is SunTech ? We're Glad You Asked ! Click here to find out.

**One of the highest PTC ratings, highest efficiency rating and lowest negative tolerance on the market !**

Suntech's solar panels are designed and built to deliver one of the highest efficiency ratings for the on-grid residential and commercial systems market. Relying on Suntech's well-known stringent manufacturing standards and latest PV technology, these modules provide one of the highest possible energy output per Watt with total module efficiency of up to 14.1%. Superior conversion rate and exceptional low-light performance enable these solar panels to deal with the most challenging conditions of military, utility, residential and commercial installations. These solar panels are the perfect choice for those who demand outstanding performance and exceptional uniform appearance.

Utilizing the latest state of the art patented process for manufacturing multi-crystalline silicon Suntech solar modules have achieved efficiencies once thought impossible.

Suntech grid tie class modules utilizes a sturdy anodized, welded aluminum frame. Add to this a 25 year warranty and there's no question as to why Suntech solar modules are among the best

selling, best performing, most reliable products on the market !

# California Buydown Certified UL Approved Solar Panels

Submit an application to the state and receive a $2,200.00 Per PTC kilowatt Rebate !

---

## HOT TIP !

Are the other dealers trying to sell you solar panels that they claim have high efficiency, but then fail to mention their comparatively poor peak power tolerance rating ?

### YOU BET THEY ARE !

Give us a call and we'll give you an honest answer as to which solar panels offer the highest <u>real world</u> performance that will give you the biggest bang for your buck !

---

# When Reliability And Performance Matters !

| | | |
|---|---|---|
| **SUNTECH STP190-18/Ub 190 Watts** This solar panel is manufactured using only the strictest quality control measures and is UL listed and for a limited time we are going to let them go at a blowout price ! They come with a 25 year factory warranty and are perfect for any high power application. Maximum power is **26.0 Volts @ 7.61 Amps peak.** Dimensions 62.2" X 29.8" X 1.37" Weight 34.1 LBS<br><br>**Power Tolerance +/- 3% !** | ~~**List Price $1,495.00 Each**~~<br><br>**190 WATTS UL APPROVED AND A 25 YEAR FACTORY WARRANTY**<br><br>A Better Tolerance Than The Competition<br><br>If you're looking for a bargain solar panel with lower performance ratings, you may want to try some of our competitors because you | |

**Click here** to download the STP190-18/Ub-1 specsheet.

**Solatron only sells solar panels that have been manufactured with solar cells that have been cut from solid ingots of silicon !**

When shopping for solar panels, always insist on solar panels that use solar cells that have been cut from a solid silicon ingot. Many of the solar panels that are on the market that use silicon that is not cut from solid silicon ingots may offer lower efficiencies, poorer tolerances or lesser warranties !



No thin film, ribbons, bows or strings attached !

won't find it on our website !

According to these manufacturers own spec sheets, the Suntech 190 watt panels offers a much better negative tolerance rating than the Sunpower® 205 and 210 watt panels, the Sanyo® 180 through 205 watt panels, the Sharp® 180 Watt panel, the BP® 175 Watt panel, and the Kyocera® 200 Watt panel.

The STP190 190 Watt panel also offers a longer warranty than both the Sanyo® and Kyocera® brand of solar panels !

# Home Owners, Dealers, Architects, Contractors Stock Up Before This Sale Ends !

## Our Sizzling Summer Super Sale price is only **$798.00** each in quantities of 44 pieces minimum.

## Hurry These Won't Last At This Price !

**Click Here** To Learn More About Suntech !

**ULTRA SECURE ORDER PROCESSING !**

For your protection we do not use a server with a connection to the outside world and we do not store your credit card information.

This means that there is no paper record of your credit card transaction to be lost and unlike online shopping carts there is simply nothing there for hackers to get to.

**Please call 1-888-647-6527 to place your order.**

**SUNTECH STP165S-24/Ab-1 165 Watts** This

~~List Price $1,195.00 Each~~

## 165 WATTS UL APPROVED AND A 25 YEAR FACTORY WARRANTY

# A Better Tolerance Than The Competition

If you're looking for a bargain solar panel with lower performance ratings, you may want to try some of our competitors because you won't find it on our website !

According to these manufacturers own spec sheets, the Suntech 165 watt panels offers a much better negative tolerance rating than the Sunpower® 205 and 210 watt panels, the Sanyo® 180 through 205 watt panels, the Sharp® 180 Watt panel, the BP® 175 Watt panel, and the Kyocera® 200 Watt panel.

The STP165 165 Watt panel also offers a longer warranty than both the Sanyo® and Kyocera® brand of solar panels !

# Home Owners, Dealers, Architects, Contractors Stock Up Before This Sale Ends !

Our Sizzling Summer Super Sale price is only **$693.00** each in quantities of 44 pieces minimum.

# Hurry These Won't Last At

solar panel is manufactured using only the strictest quality control measures and is UL listed and for a limited time we are going to let them go at a blowout price ! They come with a 25 year factory warranty and are perfect for any high power application. Maximum power is **34.8 Volts @ 4.74 Amps peak.**

**Power Tolerance +/- 3% !**

**Click here** to download the STP165S-24/Ab-1 specsheet.

**Solatron only sells solar panels that have been manufactured with solar cells that have been cut from solid ingots of silicon !**

When shopping for solar panels, always insist on solar panels that use solar cells that have been cut from a solid silicon ingot. Many of the solar panels that are on the market that use silicon that is not cut from solid silicon ingots may offer lower efficiencies, poorer tolerances or lesser warranties !

**ULTRA SECURE ORDER PROCESSING !**

For your protection we do not use a server with a connection to the outside world and we do not store your credit card information.

This means that there is no paper record of your credit card transaction to be lost and unlike online shopping carts there is simply nothing there for hackers to get to.

**Please call 1-888-647-6527 to place your order.**

# This Price !

**Click Here** To Learn More About Suntech !



No thin film, ribbons, bows or strings attached !

**SUNTECH STP160S-24/Ab-1** 160 Watts This solar panel is manufactured using only the strictest quality control measures and is UL listed and for a limited time we are going to let them go at a blowout price ! They come with a 25 year factory warranty and are perfect for any high power application. Maximum power is **34.8 Volts @ 4.74 Amps peak.** Dimensions 62.2" X 29.8" X 1.37" Weight 34.1 LBS

**Power Tolerance +/- 3% !**

<u>Click here to download the STP160S-24/Ab-1 specsheet.</u>

**Solatron only sells solar panels that have been manufactured with solar cells that have been cut from solid ingots of silicon !**

~~List Price $1,149.00 Each~~

## 160 WATTS UL APPROVED AND A 25 YEAR FACTORY WARRANTY

# A Better Tolerance Than The Competition

If you're looking for a bargain solar panel with lower performance ratings, you may want to try some of our competitors because you won't find it on our website !

According to these manufacturers own spec sheets, the Suntech 165 watt panels offers a much better negative tolerance rating than the Sunpower® 205 and 210 watt panels, the Sanyo® 180 through 205 watt panels, the Sharp® 180 Watt panel, the BP® 175 Watt panel, and the Kyocera® 200 Watt panel.

The STP165 165 Watt panel also offers a

**ULTRA SECURE ORDER PROCESSING !**

For your protection we do not use a server with a connection to the outside world and we do not store your credit card information.

This means that there is

When shopping for solar panels, always insist on solar panels that use solar cells that have been cut from a solid silicon ingot.
Many of the solar panels that are on the market that use silicon that is not cut from solid silicon ingots may offer lower efficiencies, poorer tolerances or lesser warranties !



No thin film, ribbons, bows or strings attached !

longer warranty than both the Sanyo® and Kyocera® brand of solar panels !

# Home Owners, Dealers, Architects, Contractors Stock Up Before This Sale Ends !

## Our Sizzling Summer Super Sale price is only **$672.00** each in quantities of 44 pieces minimum

## Hurry These Won't Last At This Price !

**Click Here** To Learn More About Suntech !

no paper record of your credit card transaction to be lost and unlike online shopping carts there is simply nothing there for hackers to get to.

**Please call 1-888-647-6527 to place your order.**

**SUNTECH STP130-12/Tb** 130 Watts This solar panel is manufactured using only the strictest quality control measures. They come with a 25 year factory warranty and are perfect for any high power application. Maximum power is **17.4 Volts @ 7.47 Amps peak.** Dimensions 1482mm X 676mm X 35mm Weight 12kg

**Click here** to download the STP130S-12/Tb

~~List Price $995.00 Each~~

specsheet.

**Solatron only sells solar panels that have been manufactured with solar cells that have been cut from solid ingots of silicon !**

When shopping for solar panels, always insist on solar panels that use solar cells that have been cut from a solid silicon ingot.
Many of the solar panels that are on the market that use silicon that is not cut from solid silicon ingots may offer lower efficiencies, poorer tolerances or lesser warranties !



No thin film, ribbons, bows or strings attached !

**130 WATTS UL APPROVED AND A 25 YEAR FACTORY WARRANTY**

If you're looking for a bargain solar panel with lower performance ratings, you may want to try some of our competitors because you won't find it on our website !

Our Sizzling Summer Super Sale price is only **$569.00** each in quantities of 44 pieces minimum

Hurry These Won't Last At This Price !

**Click Here** To Learn More About Suntech !

**ULTRA SECURE ORDER PROCESSING !**

For your protection we do not use a server with a connection to the outside world and we do not store your credit card information.

This means that there is no paper record of your credit card transaction to be lost and unlike online shopping carts there is simply nothing there for hackers to get to.

**Please call 1-888-647-6527 to place your order.**

**SUNTECH STP070-12/Bb 70 Watts** This solar panel is manufactured using only the strictest quality control measures.   They

come with a 25 year factory warranty and are perfect for any high power application. Maximum power is **16.6 Volts @ 4.22 Amps peak.** Dimensions 1195mm X 541mm X 30mm Weight 8kg

**Click here** to download the STP070-12/Bb specsheet.

**Solatron only sells solar panels that have been manufactured with solar cells that have been cut from solid ingots of silicon !**

When shopping for solar panels, always insist on solar panels that use solar cells that have been cut from a solid silicon ingot.
Many of the solar panels that are on the market that use silicon that is not cut from solid silicon ingots may offer lower efficiencies, poorer tolerances or lesser warranties !



No thin film, ribbons,

~~List Price $595.00 Each~~

**70 WATTS UL APPROVED AND A 25 YEAR FACTORY WARRANTY**

If you're looking for a bargain solar panel with lower performance ratings, you may want to try some of our competitors because you won't find it on our website !

Our Sizzling Summer Super Sale price is only **$309.00** each in quantities of 44 pieces minimum

Hurry These Won't Last At This Price !

**Click Here** To Learn More About Suntech !

**ULTRA SECURE ORDER PROCESSING !**

For your protection we do not use a server with a connection to the outside world and we do not store your credit card information.

This means that there is no paper record of your credit card transaction to be lost and unlike online shopping carts there is simply nothing there for hackers to get to.

**Please call 1-888-647-6527 to place your order.**

bows or strings attached !

**SUNTECH STP030-12/Lb** **30 Watts** This solar panel is manufactured using only the strictest quality control measures.   They come with a 25 year factory warranty and are perfect for any high power application. Maximum power is **17.2 Volts @ 1.74 Amps peak.** Dimensions 426mm X 680mm X 18mm Weight 3.2 kg

**Click here** to download the STP030-12/Lb specsheet.

**Solatron only sells solar panels that have been manufactured with solar cells that have been cut from solid ingots of silicon !**

When shopping for solar panels, always insist on solar panels that use solar cells that have been cut from a solid silicon ingot.
Many of the solar panels that are on the market that use silicon that is <u>not</u> cut from solid silicon ingots may offer lower efficiencies, poorer tolerances or lesser warranties !

~~List Price $395.00 Each~~

**30 WATTS UL APPROVED AND A 25 YEAR FACTORY WARRANTY**

If you're looking for a bargain solar panel with lower performance ratings, you may want to try some of our competitors because you won't find it on our website !

Our Sizzling Summer Super Sale price is only **$159.00** each in quantities of 44 pieces minimum

Hurry These Won't Last At This Price !

**Click Here** To Learn More About Suntech !

**ULTRA SECURE ORDER PROCESSING !**

For your protection we do not use a server with a connection to the outside world and we do not store your credit card information.

This means that there is no paper record of your credit card transaction to be lost and unlike online shopping carts there is simply nothing there for hackers to get to.

**Please call 1-888-647-6527 to place your order.**



No thin film, ribbons, bows or strings attached !

**SUNTECH STP020S-12/Cb** 20 Watts This solar panel is manufactured using only the strictest quality control measures.   They come with a 25 year factory warranty and are perfect for any high power application. Maximum power is **16.8 Volts @ 1.19 Amps peak.** Dimensions 656mm X 306mm X 18mm Weight 2.5kg

**Click here** to download the STP020-12/Cb specsheet.

**Solatron only sells solar panels that have been manufactured with solar cells that have been cut from solid ingots of silicon !**

When shopping for solar panels, always insist on solar panels that use solar cells that have been cut from a solid silicon ingot.

~~List Price $295.00 Each~~

**20 WATTS UL APPROVED AND A 25 YEAR FACTORY WARRANTY**

If you're looking for a bargain solar panel with lower performance ratings, you may want to try some of our competitors because you won't find it on our website !

Our Sizzling Summer Super Sale price is only **$99.00** each in quantities

**ULTRA SECURE ORDER PROCESSING !**

For your protection we do not use a server with a connection to the outside world and we do not store your credit card information.

This means that there is no paper record of your credit card transaction to be lost and unlike online shopping carts

Many of the solar panels that are on the market that use silicon that is not cut from solid silicon ingots may offer lower efficiencies, poorer tolerances or lesser warranties !

of 44 pieces minimum

# Hurry These Won't Last At This Price !

there is simply nothing there for hackers to get to.

**Please call 1-888-647-6527 to place your order.**

**Click Here** To Learn More About Suntech !



Melt

Crystal

No thin film, ribbons, bows or strings attached !

| BATTERIES | CABLES | CHARGE CONTROLLERS |
|---|---|---|
| DC DISCONNECTS & BREAKERS | ENERGY SAVING APPLIANCES | FUSE BLOCKS & LIGHTNING ARRESTORS |
| GENERATORS | INDIVIDUAL SOLAR CELLS | INVERTERS |
| INVERTER ACCESSORIES | METERS & REMOTE CONTROLS | MISCELLANEOUS |
| SOLAR POWER KITS | SOLAR MODULES | SOLAR MODULE MOUNTS |
| SOLAR POWERED COOLERS | SOLAR POWERED WATER PUMPS | TRACKERS |
| WIND POWER | | |

## Click here To Return To Index

Sales Policy

Suntech Solar Panels | FAQs | Site Map | Product Catalog | Bookmark this site!

# **S**olar Home.org

### AMERICA'S SOLAR STORE - SINCE 1998

**Technical Questions**
ask the solar experts.
click here

**Commercial Accounts**
questions and set up.
click here

**Question About Your Order?**
questions on existing orders.
click here

learning center | featured | contact | shipping | home

**Shop >** | Solar Panels | Lighting | Fountains | Solar Chargers | Search Products | 🛒 Shopping Cart

Home > Solar Panel Center > Suntech Solar Panels

Ads by Google

Free Solar Panels
Solar Kits
Cost of Solar
Solar Roof Tiles

Ads by Google

Affordable Solar
Solar Shingles
Solar Technology
Solar Roofing

# SunTech Solar Panels

## choose renewable energy sources

Suntech Power Holdings Co., Ltd. specializes in the design, development, manufacturing and sale of photovoltaic (PV) cells, modules and systems. Founded in January 2001 by Dr. Zhengrong Shi, a distinguished PV technology scientist, Suntech has rapidly developed into a leading solar energy company, selling its products in almost every major market in the world.

**Solar Sales**

**Ready to place your order?**
1-866-SUN-PRODUCTS
(1-866-786-7763)
9-5 Mon-Fri MST

**FREE**
SOLAR EVALUATION
click here to get started!

Discover how you can save!

**SOLAR FORUM**
CLICK HERE TO JOIN!
Search
[ ] GO
Advanced Search

**Shopping Cart**
Click to view cart

Browse SolarHome Store ▾

### For the Home

All Solar Products
Solar Home Systems
Inverters
Composting Toilets
Efficient Appliances
Fans & Ventilation
Solar Fountains
Garden Accessories
Generators
Heaters
Pumps
Skylights
Gadgets
Lighting
Solar Panels
Packs
Radios
Water Heaters

### Accessories

All Accessories
Batteries & Chargers
Safety Equipment
Testing Devices
System Controls & Monitors
Timers, Switches & Relays
Wire, Cable & Connectors

### RV & Off Grid

All Solar Products
Camping & Backpacking
RV & Boat Kits
Flashlights & Lanterns
Showers
Water Purification

# ST Solar Modules

### High quality standards
Optical, mechanical and electrical module testing during and post-production

- Built for long service life
- Simple installation
- High strength frame

* Sold as quantities of eight or more only

**STP 170** (170 watt)
SEE PRICING
click here for pricing and ordering info

**STP 165** (165 watt)
SEE PRICING
click here for pricing and ordering info

**STP 160** (160 watt)
SEE PRICING
click here for pricing and ordering info

>> Back to Solar Panel Center <<



We Accept Credit Cards

**Jump to most popular search results:**

Solar Panels | Lighting | Cells | Home Kits | Fountains | Outdoor Garden Lights | Battery Chargers | Pool Covers | Heaters | Residential Solar Panels | RV | Pumps

View Catalog | Security | Return Policy | Contact us | About us | Shipping | News center | Links | Affiliate Programs | Solar Calculator | Solar Tax Incentives | Information

Copyright © 1998 - 2008



Home | About Us | Build Your Own EV | Contact Us | Energy Conservation | Electric Scooters & Bikes | Green Products Blog | Lighting | Solar Products

**SHIFT YOUR ENERGY TO A CLEANER WAY OF LIFE™**   Newsletter Signup [                    ] Go

Keywords: [ ▼ ] [          ]   Find   Sign-In   Order Status   Shopping Cart   WishList

Solar Products > Solar Panels

**UD10**

[ × ]

**Organic Cotton Plain Adult Tights**



We are excited about this one! We have been working on these for over two years, and now are thrilled to bring them to you. The softest certified Organic Peruvian cotton is our main ingredient.

Buy Now   More Detail

Item #3310
$22.00

**MaxLite R20 LED Reflector**



This long life LED R20 Reflector is especially suitable for picture lighting, wall-washing and highlight lighting, in tracks or recessed fixtures on non-diming circuits.

Buy Now   More Detail

Item #2306
$23.50

**Eco Friendly Women's Portfolio Handbag**

Item Name:
**Suntech Solar Panel - 20 Watts, 24Volts**
Item #:
3022
Price/ea:
$255.20

Our 20 Watt solar starter kit for do-it-yourselfers. Includes all the parts to build your own solar energy system to power lights, radios, laptop computer, fan, small tv and lots more.

What could you power?

If the 20 watt solar panel received 5 hours per day of full sun, then you would have generated 100 watt-hours of energy (double if you get 10 hours of sun!).

If you were using a 20 watt compact fluorescent bulb with the inverter (we'll call it 25 watts because the inverter uses some energy) then you could light the bulb for about 4 hours with the energy you produced that day.

But you have a battery! Since the battery holds 35 amp-hours or over 400 watt-hours of energy, you could light the light for 12+ hours before you need a charge, but it's better to charge it sooner.

You get the idea - the sun **puts** watt-hours into your battery and then you use it to power stuff that **uses** watt-hours. Energy in, energy out.

Customize your own system. House the battery and components in a cooler on wheels or build a wooden box. Cut a hole and mount a panel voltage meter.

Makes a great demonstration system of how a basic solar home works. Teach your kids and other peoples kids about solar power - they're the future!

Additional shipping charges will apply to AK, HI and Puerto Rico. We will e-mail you to confirm before we ship.

Buy Now   **Quantity:** [ 1 ]

Email to a Friend   Add To WishList





This is one of the greatest eco friendly women's handbags. Large divided bag with zipper-closure over fully lined, roomy compartment and full-size vinyl wall pocket.

Buy Now    More Detail

Item #2887
$64.00



ETS ENERGY

| Home | About Us | Build Your Own EV | Contact Us | Energy Conservation | Electric Scooters & Bikes | Green Products Blog | Lighting | Solar Products |

SHIFT YOUR ENERGY TO A CLEANER WAY OF LIFE™   Newsletter Signup [                ] Go

Keywords: [▼] [            ]   Find   Sign-In   Order Status   Shopping Cart   WishList

Solar Products > Solar Panels

**UD10**

[x]

**Energy Star Feit 13w EcoBulb Mini-Twist**



Light Output: 800 lumens
Length: 4.8 inches Rated Life: 8,000 hours

Buy Now   More Detail

Item #2328
$4.50

**Voltaic Solar Backpack**



The Voltaic Solar Backpack is built tough for use as a weekend hike bag or as a large daypack. There are pockets and wire channels for multiple electronic devices and 1,850 cubic inches of storage space.

Buy Now   More Detail

Item #3007
$239.00

**3 LED Tap Lite**

Item Name:
Suntech Solar Panel - 10 Watts, 12Volts
Item #:
3109
Price/ea:
$120.99



**Suntech 10W Solar Panel
STP010-12 Mono-crystaline Solar Panels**

The STP010-12 is a 10 watt, 12 volt solar panel, and will provide enough power to trickle charge a 12V vehicle or deep cycle battery. Helps run pumps, lights, fans, and small appliances such as stereos, televisions and VCRs in caravans, boats or cabins.

The STA010-12 modules are composed of 36 mono-crystalline silicon solar cells of similar performance, interconnected in series to obtain the 12 volt output.

A heavy-duty anodized aluminium frame provides strength and convenient mounting access. For each 18 cells series strings, one bypass diode is installed. Cells are laminated between high transmissivity, low-iron, 3mm tempered glass and sheet of tedlar-polyeaster-tedlar (TPT) material by two sheets of ethylene Vinyl acetate (EVA). This protects against moisture penetrating into the module.

**Other Features:**

- Easy installation - 1 metre 6mm twin sheath cable FREE!
- Comes with a "low profile" junction box, so flush mounting on a flat surface (e.g. fibreglass hatch) is not a problem ie. no need to cut a hole to accommodate the junction box.

| Electrical Characteristics | |
| --- | --- |
| Cell | mono-crystal Silicon 125mm x 31.25mm |
| No. of Cells & Connections | 36 Cells in Series |
| Open Circuit Voltage (Voc) | 21.2V |
| Maximum Power Voltage (Vpm) | 16.8V |
| Short Circuit Current (Isc) | 0.68A |
| Maximum Power Current (Ipm) | 0.6A |

| Mechanical Characteristics | |
| --- | --- |
| Dimensions | 360 x 306 x 18 |
| Weight | 1.8kg |

Buy Now   Quantity: [1]

Email to a Friend   Add To WishList



LED Tap Lite with 3 NichiaÂ®
LEDs. Perfect for bedside, attics,
garages, closets, tents, and more.

Buy Now   More Detail

Item #3124
$15.00

FAQ   Greening Westchester   Home   About Us   Links   Privacy Policy   SiteMap   Terms & Conditions

This site is customized and hosted by GAPC.net, Inc

# EXHIBIT F



Home | About | Contact | News | For Press | Archives
Webcast | 2007 Event Coverage

**OCT 13-16 | SAN DIEGO, CALIFORNIA**

CONFERENCE | EXPO | SPONSORS & PARTNERS | REGISTRATION | HOTEL & TRAVEL | CAREER CENTER | FAQS | GENERAL PUBLIC



## Solar Power International
### Formerly Solar Power 2008

The Solar Power International website has been experiencing difficulties today. SEIA and SEPA apologize for the inconvenience and have extended the early bird deadline to Monday, September 8 to give attendees the opportunity to take advantage of the discounted rate.

**Solar Power International is where solar business takes place!** If you have a professional interest in solar energy (photovoltaics, concentrating photovoltaics, solar thermal electric or solar hot water), this event has something to offer your business. Whether you walk the show floor to our 420+ exhibitors or you attend the 60+ conference sessions to learn about the latest market, policy, finance and technology happenings in the industry, you'll walk away with invaluable information and relationships. We hope to see you in San Diego in the fall.

**Register Today!**

**The money you spend to attend Solar Power International is used to support the industry and grow US solar markets.** Proceeds from the event go to SEPA and SEIA, the 2 non-profit presenters, and are used to support the organizations' year-round activities. Many other solar events in the US are put on by for-profit groups.

Poll 1     Poll 2     Poll 3

### Latest News

➔ **Solar Power Conference and Expo, Reflecting Global Scope and Growth, Becomes Solar Power International**: Industry Recognizes Solar Power International as Crucial Event to Conduct Global Business

➔ **Annual CEO Panel Participants Announced**: Captains of the Solar Industry Will Discuss How to Jumpstart Market Development and Further Reduce Technology Costs

➔ **Scholarships Announced for PUC Staff**: Applications due by July 1

➔ **Registration & Housing Open**: Act quickly to reserve your space!

View All News

### Event Presented by





### In Conjunction With





Watch the Solar CEO Panel from last year's event

**Terawatt Sponsor**


solar electricity

**Gigawatt Sponsorship**

THE NEW VALUE FRONTIER
KYOCERA    

**Megawatt Sponsorship**

**How confident are you that the US federal investment tax credit will receive a long-term extension before it expires?**

- ○ Confident – it's just a matter of time
- ○ Not so confident – I'm afraid it wont happen
- ○ Not at all confident – I don't believe it will happen
- ○ Don't know enough to answer the question

[ Vote ]  (Display results)



**Solar Power International**

| | | |
|---|---|---|
| Solar Power International 2... | 02:18 |
| Coming Up at Solar Power In... | 11:08 |
| CEO Panel Discussion - Solar ... | 1:36:47 |
| Ted Turner Keynote Address -... | 20:47 |















**Utility Host Sponsor**



**Public Relations Partner**



Conference | Expo | Sponsorship & Partners | Registration | Travel & Hotels | Webcast | Careers | About | Contact | FAQ | Media Inquiries
Home | About | Contact | News | For Press | Webcast | 2007 Event Coverage | Archives | Sitemap

Copyright © 2008 Solar Power 2008. All Rights Reserved

Sponsors
Media Partners
Partnering Organizations
Become a Sponsor

**Exhibitor Index**

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Others All

### Exhibitor Index

| MY EXPO PLAN | COMPANY NAME | BOOTH# | SPONSOR |
|:---:|---|:---:|:---:|
| ☐ | 1 Star Energy | 2142 | - |
| ☐ | 360jmg | 346 | - |
| ☐ | 3M | 1850 | - |
| ☐ | 3S Swiss Solar Systems | 1449 | - |
| ☐ | 3TIER | 453 | ✔ |
| ☐ | AA Solar Products LLC | C | - |
| ☐ | ABB Robotics | Virtual | - |
| ☐ | Abengoa Solar, Inc. | 1746 | - |
| ☐ | ACOI, Inc. | 552 | - |
| ☐ | Active Power Conversion | 1946 | - |
| ☐ | ActSolar | 626 | - |
| ☐ | Adept Tech. | 229 | - |
| ☐ | Advanced Energy | 1639 | ✔ |
| ☐ | Advanced Green Technologies | 1248 | - |
| ☐ | Advanced Solar Photonics | 351 | - |
| ☐ | Advantech Facility Design, Inc. | 2028 | - |
| ☐ | AEE Solar | 2131 | - |
| ☐ | Aeroline Tube Systems | 801 | - |
| ☐ | Akeena Solar | 1101 | ✔ |
| ☐ | ALANOD-SOLAR | 1139 | - |
| ☐ | Alcatel Vacuum Products, Inc. | 727 | - |
| ☐ | aleo solar AG | 1648 | - |
| ☐ | ALL4-GP | Virtual | - |
| ☐ | Alpha Energy | 1623 | - |
| ☐ | AMERESCO SOLAR | 743 | - |
| Previous | | | Next |

1  2  3  4  5

Update My Expo Plan

▲TOP

**Exhibitor Index**

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Others All

**Exhibitor Index**

| MY EXPO PLAN | COMPANY NAME | BOOTH# | SPONSOR |
|:---:|---|:---:|:---:|
| ☐ | Stoel Rives LLP | 1722 | ✓ |
| ☐ | Su-Kam Power Systems Ltd. | 1719 | - |
| ☐ | Sullivan Solar Power | 2202 | - |
| ☐ | Sun Tech Solar Co., Ltd. | 1813 | - |
| ☐ | Sun Xtender Series Batteries | 1743 | - |
| ☐ | SunChiller | 2049 | - |
| ☐ | SunEarth, Inc. | 942 | - |
| ☐ | SunEdison | 1839 | ✓ |
| ☐ | Suniva | Virtual | - |
| ☐ | SunLink Corporation | 1729 | ✓ |
| ☐ | SunPower Corporation | 1001 | ✓ |
| ☐ | SunPumps, Inc. | 1651 | - |
| ☐ | SunRun Inc. | 1942 | - |
| ☐ | Suntech Power Holdings Co., Ltd. | 1131 | ✓ |
| ☐ | Suntrek Industries | 927 | - |
| ☐ | SunWize Technologies Inc. | 1709 | ✓ |
| ☐ | Surrette Battery Co. Ltd. | 549 | - |
| ☐ | SUZHOU SHENGLONG PV-TECH CO., LTD | 1845 | - |
| ☐ | Sympagis Tech | 1810 | - |
| ☐ | SynSysCo | 143 | - |
| Previous | 1  2  3  4 | | Next |

Update My Expo Plan

▲TOP

# EXHIBIT G

Solar Power 2008

Schedule-at-a-Glance
Detailed Agenda

| Search Agenda | **Sun Tech Solar Co., Ltd.** | |
|---|---|---|
| Speaker List | | |
| Workshops | | |
| For Speakers | Booth # 1813 | |
| Special Events | Map It | |

SOLAR POWER INTERNATIONAL 08
EXHIBITOR

Flat B, 2/F.,Lung Wa Building, 22 Fuk Wa Street, Sham Shui Po, Kowloon
Hong Kong, 00852
China
Phone: 852-277-7302-8
URL www.solarsuntech.com

Company Information

**Profile:**
Shenzhen Xintian Solar Technology Co.,Ltd. (Sun Tech Solar Co., Ltd. is HK branch) is a high-tech enterprise professionally engaged in PV product series development and applications and combined sales, after-service and installation works as one.

**Categories**
- Manufacturer - PV Module
- PV Installer/Contractor

Send Mail

| Your Name | |
|---|---|
| Your Email | |
| Company Name | |

If you would like us to contact you, please write your comments in the box below:

Submit

Add To My Expo Plan

<< Previous | Back to the Search | Next >>

▲TOP

Exhibit space for Solar Power 2008 is now SOLD OUT!
Click here to register to be added to the current waiting list for exhibit space.

**Key:** ☐ Sold  ☐ Available  ■ Reserved  ■ Highlighted Booth

Zoom Out ■■■■■■■■■■■■■■☒ Zoom In



# EXHIBIT H





**Info Search**

[          ] [Search]

**BBS LOADING**

Username: [          ]

Password: [          ]

**Login Register**

**Strengths of company's development**

· Technology:

· The company supported by a team (near 50 persons) of professional consulters who has international high educational background, wealth of experience and rich of PV knowledge:

· Shanghai Jiao Tong University : Dr. XU Lin 徐林

· Hefei University of Technology: Dr. CAO Renxian 曹仁賢

· Sun Yat-Sen University : Dr. YU Shijie 余世杰

· Strong Supported by the authoritative department:

· Shanghai Jiao Tong University –Physics Department - Institute of Solar Energy

· Hefei University of Technology – Sungrow Power Supply Institute

· An advanced team of R&D department in our factory (near 20 persons)

· Accumulating years of experience in solar market, we have established a team with high technology, best quality and rich experience who can enable us to devote to research and develop more advanced solar photovoltaic products. We put into production since 2000, after years of improvement and enhancement, our products get up to a steady technology standard.

· Our factory has advanced modern equipment in the world.

· Marketing:

· We have set up the following branch for selling and service:

· China Shenzhen Sales Branch

· Hong Kong Sales Branch

· German Sales Branch

· USA Sales Branch (in planning)

· Based on fine quality, sincerity, commodity credit, and accurate market strategies, our products such as solar modules and solar systems have been spread over China , Europe, America , South Africa and South East Asia in more than 10 countries.

· Solar Street Lamps manufacturing and innovative business model—Selling very well in China and obtained the Chinese Patent:

· Obtained the Chinese Patent of application for LED and Solar Street Light.

· The Solar T raffic Lights are in using.

The solar traffic lights and street lights were installed in many districts in Shenzhen City .

Copy Right @ 2007 Sun Tech Solar Co.,Ltd. All Rights Reserved
TEL:86-755-83589278 FAX:86-755-83580378 E-MAIL：solar-xintian@163.com



Copy Right @ 2007 Sun Tech Solar Co.,Ltd. All Rights Reserved
TEL:86-755-83589278 FAX:86-755-83589378 E-MAIL: solar-xintian@163.com



Sun Tech Solar Co.,Ltd

SUN TECH

中文 ENGLISH

Home | Company | Events | Products | Careers | Contact us

**PRODUCTS**

Current:Products >> Solar Modules

### Info Search

[        ] Search

**Product Series**

:: Solar Modules
:: Solar Garden Lights
:: Solar Power Systems
:: Solar Street Lights
:: Solar Advertising Display Boxe
:: Solar traffic lights
:: Solar Low Power Panel
:: Others



XTP180-34 （单晶）

XTP180-26 （多晶）

XTP250-34 （多晶）



XTP250-34 （多晶）



low power solar suntech pannel



low power solar suntech pannel

Current: 2/3  Every Page 6  Total 18 items  Page: [1][2][3]

Copy Right @ 2007 Sun Tech Solar Co.,Ltd. All Rights Reserved
TEL 86-755-83589278 FAX 86-755-83589378 E-MAIL：solar-xintian@163.com



Sun Tech Solar Co.,Ltd

中 文 ENGLISH

Home    Company    Events    Products    Careers    Contact us

新天光电

发展绿色能源    优化生态环境    真诚造福人类

**Info Search**

Search

**Product Series**

- Solar Modules
- Solar Garden Lights
- Solar Power Systems
- Solar Street Lights
- Solar Advertising Display Boxe
- Solar traffic lights
- Solar Low Power Panel
- Others

**PRODUCTS**

Current:Products >> Solar Modules



low power solar suntech pannel

low power solar suntech pannel

low power panel



小功率电池片

low power panel

solar suntech power module

Current: 3/3 Every Page 6 Total 18 items Page: [1][2][3]

Copy Right @ 2007 Sun Tech Solar Co.,Ltd. All Rights Reserved
TEL:86-755-83589278 FAX:86-755-83589378 E-MAIL：solar-xintian@163.com



**Info Search**



▮PRODUCTS



Product Name: XTP10-17

Product Depiction:

| Module No. | XTP10-17 |
|---|---|
| Maximum Power | 10W |
| Size(mm) | 446*286*25 |
| Weight | 1.6Kg |
| Maximum Power Current | 0.58A |
| Maximum Power voltage | 17V |
| Short Circuit Current | 0.68A |

Copy Right @ 2007 Sun Tech Solar Co.,Ltd. All Rights Reserved
TEL:86-755-83589278 FAX:86-755-83589378 E-MAIL: solar-xintian@163.com



⊕ ⊗ ENGLISH

Info Search

[                ] [ Search ]

**BBS LOADING**

Username: [                ]

Password: [                ]

[ Login ] [ Register ]

▮PRODUCTS



Product Name: XTP20-17

Product Depiction:

| Module No. | XTP20-17 |
|---|---|
| Maximum Power | 20W |
| Size(mm) | 566*406*25 |
| Weight | 2.2Kg |
| Maximum Power Current | 1.17A |
| Maximum Power voltage | 17V |
| Short Circuit Current | 1.37A |

Copy Right @ 2007 Sun Tech Solar Co.,Ltd. All Rights Reserved

TEL:86-755-83589278 FAX:86-755-83589378 E-MAIL：solar-xintian@163.com



Sun Tech Solar Co.,Ltd

| Home | Company | Events | Products | Careers | Contact us |

**Info Search**

[          ] Search

**BBS LOADING**

Username: [          ]
Password: [          ]

Login  Register

▶ PRODUCTS



Product Name: XTP20-17

Product Depiction:

| Module No. | XTP20-17 |
|---|---|
| Maximum Power | 20W |
| Size(mm) | 566*406*25 |
| Weight | 2.2Kg |
| Maximum Power Current | 1.17A |
| Maximum Power voltage | 17V |
| Short Circuit Current | 1.37A |

Copy Right @ 2007 Sun Tech Solar Co.,Ltd. All Rights Reserved
TEL:86-755-83589278 FAX:86-755-83589378 E-MAIL:  solar-xintian@163.com



Sun Tech Solar Co.,Ltd

| Home | Company | Events | Products | Careers | Contact us |

中文 / ENGLISH



Info Search

[          ] Search

BBS LOADING

Username: [          ]

Password: [          ]

Login  Register

**PRODUCTS**



Product Name: XTP80-17

Product Depiction:

| Module No. | XTP80-17 |
|---|---|
| Maximum Power | 85W |
| Size(mm) | 1192*532*40 |
| Weight | 8.2Kg |
| Maximum Power Current | 5.00A |
| Maximum Power voltage | 17V |
| Short Circuit Current | 5.68A |

Copy Right @ 2007 Sun Tech Solar Co.,Ltd. All Rights Reserved
TEL:86-755-83589278 FAX:86-755-83589378 E-MAIL: solar-xintian@163.com



Sun Tech Solar Co.,Ltd

中 文 ENGLISH

Home  Company  Events  Products  Careers  Contact us

**Info Search**

[        ] Search

**BBS LOADING**

Username: [        ]

Password: [        ]

Login  Register

‚PRODUCTS



Product Name: XTP120-34

Product Depiction:

| Module No. | XTP120-34 |
|---|---|
| Maximum Power | 120W |
| Size(mm) | 1310*656*40 |
| Weight | 10.8Kg |
| Maximum Power Current | 3.52A |
| Maximum Power voltage | 34V |
| Short Circuit Current | 4.00A |

Copy Right @ 2007 Sun Tech Solar Co.,Ltd. All Rights Reserved
TEL:86-755-83589278 FAX:86-755-83589378 E-MAIL: solar-xintian@163.com



Sun Tech Solar Co.,Ltd

SUN TECH

中 文   ENGLISH

Home | Company | Events | Products | Careers | Contact us

新天光电

发展绿色能源    优化生态环境    真诚造福人类

**Info Search**

[          ] Search

**BBS LOADING**

Username: [          ]

Password: [          ]

Login  Register

PRODUCTS



Product Name: XTP120-17

Product Depiction:

| Module No. | XTP120-17 |
|---|---|
| Maximum Power | 125W |
| Size(mm) | 1420*636*40 |
| Weight | 11.5Kg |
| Maximum Power Current | 7.35A |
| Maximum Power voltage | 17V |
| Short Circuit Current | 8.35A |

Copy Right @ 2007 Sun Tech Solar Co.,Ltd. All Rights Reserved

TEL:86-755-83589278 FAX:86-755-83589378 E-MAIL: solar-xintian@163.com

# EXHIBIT I

## INVOICE

Services Performed for:

1001, 1002, 1101, 1102 -Booth Number

**American Solar Energy Society**

Suntech Power Holdings Co, Ltd
176 Chang Jiang South Road
Wuxi, CHINA 21408

2400 Central Ave. Ste A
Boulder, CO  80301
Tax ID:  59-1768923

Date sent:  December 25, 2007

| Description of Services | |
|---|---|
| **SOLAR 2008 Exhibit Booth Rental** | $10,200.00 |
| Deposit Paid | 0 |
| Balance Due | $10,200.00 |
| | |
| Method of Payment:  Credit Card # _____  Check # _ _ _ _  Wire Transfer Confirmation # _ _ _ _ | |
| **Total Due** | **$10,200.00** |



**SOLAR POWER 2008**
OCT 13-16
SAN DIEGO
CALIFORNIA

# Invoice

🖨 Print    ✉ **Email**

**Invoice Reference # 9723115**

**Registration Date:**     November 07, 2007
**Invoice Date:**          November 07, 2007
**Issued By:**             Solar Electric Power Association

**Event:**       Solar Power 2008 Expo
**Date/Time:**   Monday, October 13, 2008 - Thursday, October 16, 2008

**The following individual(s) are registered for the event:**

| Reference # | Name | Company/Organization | Type |
|---|---|---|---|
| 9723115 | Jeff Shubert | Suntech Power Holdings Co., Ltd. | Exhibitor - Member |

**Billed To:**

Jeff Shubert
Suntech Power Holdings Co., Ltd.
188 The Embarcadero, 8th Floor
San Francisco, CA 94105
jshubert@suntechamerica.com

| Fees | Quantity | Unit Price | Amount |
|---|---|---|---|
| 30x30 Exhibit Space | 1 | $24,300.00 | $24,300.00 |
| Wire Transfer Bank Fee | 1 | $50.00 | $50.00 |
| | | Subtotal: | **$24,350.00** |
| | | Total: | **$24,350.00** |

| Summary of Transactions | Date | Amount | Balance |
|---|---|---|---|
| Transaction Amount | 7-Nov-2007 | $21,600.00 | $21,600.00 |
| Adjustment Due to Changes in Fees | 7-Nov-2007 | $2,750.00 | $24,350.00 |
| Wire Transfer Payment | 29-Nov-2007 | $-12,155.00 | $12,195.00 |
| | | Current Balance: | **$12,195.00** |

| Payment Information |
|---|
| **Payment Method:** Wire Transfer |
| **Payment Instructions:** |



4/21/2008 12:17 PM

Waitlisted companies - Payment is due when exhibit space becomes available to your company. Review terns and conditions regarding payment deadlines.

- Payment by check or wire transfer preferred.
- Credit card payments $10,000 or less will be accepted online.
- Payments over $10,000 must be made by check or wire transfer.

**If payng by check, send payments to:**
Solar Power 2008
c/o SEPA
1341 Connecticut Ave. NW Ste.3.2
Washington, DC 20036

**If paying by wire transfer, a $50.00 bank fee per transaction will be added to total due:**
Contact Michiel Glunt at mglunt@solarelectricpower.org or 202-296-1688 for bank information and a revised invoice.

---

**Refund Information**

Exhibitors may cancel this agreement by written notice to the organizers. Cancellations made prior to June 1, 2008 will be subject to a 50% cancellation fee. 50% Deposit payments are non-refundable.  No refunds will be made on cancellations made June 1, 2008 or later. Furthermore, an exhibitor canceling on June 1, 2008 or later hereby agrees to pay any balance due on the total cost of its booth rental, per this contract.



**Close this window**

 

**SOLAR POWER** CONFERENCE & EXPO

**2008** OCT 13-16 **SAN DIEGO** CALIFORNIA

## Recycling Sponsorship Agreement between Solar Power 2008 Organizers and Suntech America, Inc.

Per this agreement, Suntech agrees to serve as the Recycling Sponsor for Solar Power 2008.

As the Recycling Sponsor, the following benefits and items are included with this sponsorship:

- Advance recognition as Recycle sponsor on Solar Power 2008 sponsorship webpage with hyperlink and logo link to company website
- Recognition as Recycling sponsor in Solar Power 2008 event guide with ¼ page ad thanking Suntech for helping to green the conference and reminding attendees of its importance
- Sponsor recognition sign for booth
- 5 priority points for Solar Power 2009 booth registration and assignment process
- 30 total recycling stations in designated locations provided by San Diego Convention Center in lobby area, meeting room level and exhibit hall
- Two recycle bins included per station (one for paper, one for bottles/cans)
- One sponsor sign on each recycle bin to include Suntech logo, tagline and website address.
- Suntech agrees to approve recycle bin sponsor sign prior to printing

As the Recycle Sponsor, Suntech agrees to pay $25,000 to the conference organizers. 50% deposit payment received on April 22, 2008, remaining balance due by June 1, 2008.

Agreed to by:

Michiel Glunt
Exhibits and Sponsorship Manager
Solar Power 2008

Roger Efrid
President
Suntech America, Inc.

Applicant agrees to comply fully with the Terms and Conditions for Solar Power 2008 which are provided below.

I understand and agree that by providing my mailing address, email address, and telephone number I consent to receive communications from Solar Power 2008 Show Management via regular mail, email, telephone or fax.

**Terms and Conditions**

**1. Booth Assignments**
Booths are assigned according to the Solar Power Expo Priority Points System. The Solar Power Expo Priority Points System is based on the following criteria: 1) Number of years as a Solar Power Conference exhibitor (1 pt. for each year), 2) Sponsorship level (1 pt. per $5,000 for each sponsorship in 2005, 2006, 2007), 3) Organization membership with SEPA and/or SEIA (1 pt. for each). One-half of the booth rental fee must accompany applications for space. Booth assignments will not be made until payment is received. If the booth assignment process has begun and payment has not been received, the said company will be passed over on the priority points list until payment is received at which time space will be assigned. In instances where more then one company has the same number of priority points seniority will be given in the following order: 1) Seniority will be given to the company with the most points as a past Solar Power Expo exhibitor, 2) Seniority will be given to SEPA or SEIA member companies, 3) Seniority will be given to show sponsors for the current year, 4) Seniority will be given based on registration date and date when payment was received. Companies with no priority points will be assigned exhibit space based on date when payment is received. The organizers will make every effort to place exhibitors in their preferred position, but reserve the right to change location assignments at any time.

**2. Booths**
A standard booth package is provided by Show Management at no additional cost to the exhibitor. If an exhibitor plans to install a completely constructed display of such a nature that the exhibitor will not require or desire the use of standard booth equipment, no part thereof shall so project as to obstruct the view of adjacent booths. Peninsula and Island exhibits must not include a back wall that blocks visibility of neighboring booths. Any exceptions must first be approved by Show Management. Audio-visual aids and/or equipment may not be played at a level that would interfere with adjacent exhibitors. All exhibitors must comply and abide by the Booth Guidelines and Display Rules and Regulations of the expo.

**3. Payment**
Booth rental shall be as indicated on the floor plan. 50% non-refundable deposit for total booth rental must be received within 7 business of registration date. The remaining half is due before June 1, 2008. Contracts for exhibit space received after June 1, 2008 must be accompanied by full payment. If appropriate payment is not received within the aforementioned time frames, reserved space will no longer be guaranteed and is subject to release, reduction, and resale at the discretion of Show Management.

**4. Cancellation**
Exhibitors may cancel this agreement by written notice to the organizers. 50% deposit payments are non-refundable. Cancellations for exhibit spaces paid in full prior to June 1, 2008, will be subject to a 50% cancellation fee. No refunds will be made on cancellations made June 1, 2008 or later. Furthermore, an exhibitor cancelling on June 1, 2008 or later hereby agrees to pay any balance due on the total cost of its booth rental, per this contract. Cancellation of exhibit space includes cancellation of registrations, expo passes and all other items orginially included with exhibit space.
Registration, booth personnel and Expo Only passes for customers orginially included with exhibit space will become null and void and said company must purchase registration badges.

**5. Use of Space**
Exhibiting companies are allowed one exhibit space on the show floor. No exhibitor shall permit any other corporation or firm or its representatives to use the space allotted to him, nor shall he display articles not manufactured or normally sold by him. Requests for co-participation by any other corporation or firm or its representatives in space assigned to the original applicant must be made in writing to Show Management 60 days prior. If permission is granted by Show Management, there will be a secondary exhibitor charge of $1,000.00 which will include: allowance to display products in the assisgned exhibit space and listing on website and Expo Guide. Exhibitors shall not sublet booths or assign this lease in whole or in part without the prior consent of the organizers.

**6. Priority Points**
Exhibiting company must present on the show floor and exhibit during the entire expo to receive priority point for the year. Registered exhibitors that are not present or decide not to exhibit during the expo will be penalized a

priority point.

**7. Booth Guidelines Display Rules and Regulations**

Exhibit displays must comply and abide by Solar Power Expo Booth Guidelines and Display Rules and Regulations. Exhibit displays and hanging signs and graphics must be approved by Exhibits Manager at least 60 days prior to installation. Failure to abide by the rules and regulations will result in loss of priority points. Booth Guidelines and Display Rules and Regulations will be distributed in April 2008 and will also be included in the online Exhibitor Services Manual.

**8. Character of Exhibits**

No exhibits will be permitted which interfere with the use of other exhibits or impede access to them or impede the free use of the aisle. Booth personnel including demonstrators, hostesses and models, are required to confine their activities within the exhibitor's booth space.

A. Aisle Blockage/Interference with Traffic Flow regulations.

You may not solicit business in the aisles or create aisle-blocks in front of your booth. Your exhibit must be so arranged that it may be closely inspected only from within the confines of your booth and may not cause interested persons to impede aisle traffic by viewing it from outside. You may not extend carpeting beyond your booth. You must provide sufficient unobstructed floor area in you booth to accommodate, in reasonable comfort, both visitors and booth representatives. Should your booth, either in advance of or during the Exposition, appear to lack the required unobstructed floor space, you may be required by Show Management to: 1) reduce the number of items displayed in your booth, 2) reduce the number of your representatives, or 3) move to a larger area at your expense if such space can be made available.

B. Displays

Exhibits in public view are required to be appropriately finished on all sides and surfaces. Carpet or suitable floor covering of exhibit space is mandatory for all exhibits. Display pieces cannot encroach into adjoining booths or into the aisles.

**9. Exhibitor Events**

No exhibitor-hosted functions (meetings, receptions, etc.) are permitted during official Solar Power 2008 sponsored activities (sessions, exhibit hall, receptions, etc.) without prior approval of Show Management. Exhibitors will be notified in advance of available dates and times for exhibitor-sponsored functions.

**10. Limitation of Liability**

The exhibitor shall indemnify the organizers against all claims, demands, actions, expenses, damages, penalties, or proceedings arising out of or in any way connected with the exhibitor's occupancy and use of the exhibition premises or any part thereof. Exhibitors will be required to meet the cost of making good any damage to floors, walls, structures, and accessories.

**11. Security and Insurance**

The organizers will take reasonable care to ensure security in the exhibition area. The organizers will not be liable for damage or loss to exhibitor's property, nor shall they be liable for any injury that may occur in the exhibition areas. Exhibitors should make their own insurance agreements.

**12. Protection of the Exhibit Hall Facility**

Nothing shall be posted on or tacked, nailed, screwed, or otherwise attached to columns, walls, floors, or other parts of the hotel, conference, or convention hall exhibit area without permission from the proper building authority and Show Management. Packing, unpacking, and assembly of exhibits shall be done only in designated areas and in conformity with the directions of the Exhibits Manager, the hotel, conference, or convention hall manager, or their assistants.

**13. Installation and Dismantling**

The specific requirements as to time for installation and dismantling of exhibits shall be supplied to each exhibitor. Such requirements shall be binding. All displays must be in place and set up by the time of the official opening of the show. Space not occupied or set up by that time may be reassigned for other purposes. No exhibits shall be dismantled before the official closing time of the show.

**14. Fire and Safety Regulations**

All local regulations will be strictly enforced and the exhibitor assumes all responsibility for compliance with such regulations. Fire regulations require that all display materials be fire resistant or treated with a flame-retardant solution to meet fire marshal and facility requirements for fire prevention.

**15. Default Occupancy**

Any exhibitor failing to occupy space which has been contracted is not relieved of the obligation of paying for such space at the full rental price, and Show Management shall have the right to use such space as it sees fit to eliminate

empty space in the exhibit hall, provided such booth space is not occupied by one hour before the official show opening.

**16. Distribution of Printed Matter, Etc.**
Neither exhibitors nor non-exhibitors shall distribute to the conference or convention delegates printed matter, samples, souvenirs, and the like, except from within rented spaces. Special distribution of such matter elsewhere must be approved by Show Management.

**17. Use of Paging System**
The paging system in the exhibit hall is for the use of Show Management. Exhibitors wishing to make announcements may do so only with the approval of Show Management.

**18.  Exhibiting Company Qualifications**
The organizers  reserve the right to determine the eligibility of any product or display.

**19. Agreement to Conditions**
Each exhibitor for himself and his employees agrees to abide by these conditions, it being understood and agreed that the sole control of the exhibit hall rests with Show Management. Failure to abide by these conditions will result in loss of priority points.

**20. Amendments**
The organizers shall have sole authority to interpret and enforce all rules and regulations contained herein, and to make any amendments thereto and to make such further rules and regulations as shall be necessary for the orderly conduct of the exhibition.

# EXHIBIT J



# Hickman Palermo Truong & Becker LLP
## Intellectual Property Law

2055 Gateway Place • Suite 550 • San Jose • California • 95110-1089
Telephone (408) 414-1080 • Facsimile (408) 414-1076 • www.hptb-law.com

May 14, 2008

BY FACSIMILE TO 011-86-755-83589378
AND EMAIL TO: solar-xintian@163.com

Mr. Yu Jiang, Chairman
Sun Tech Solar Co., Ltd.—Shenzhen Xintian Solar Technology Co., Ltd.
Flat F, 6/F, Block A
Guo Du Golf Garden
Xin Sha Road, Fu Tian District
Shen Zhen City
People's Republic of China

Re:   SUNTECH Trademarks
      Our file 60187-0010

Sir:

We represent Suntech Power Holdings Co., Ltd., Suntech America, Inc., and Wuxi Suntech Power Co. Ltd. of Wuxi, China and San Francisco, California, United States, ("Suntech"), in trademark and other intellectual property legal matters. We are writing to you about your use of the term "Sun Tech" for solar energy products, and your plans to exhibit at the Solar Power 2008 trade show in San Diego in October 2008.

Suntech owns U.S. Trademark Registration No. 3,111,705 for its trademark SUNTECH as well as corresponding registrations in China, Australia, and Germany. Suntech has used the mark SUNTECH for a variety of solar energy products for many years. Suntech's United States registration is valid and enforceable in the United States. Suntech has developed a well-deserved reputation for products of exceptionally high quality and ease of use. Its mark SUNTECH is distinctive of its goods and is a strong mark. Having extensive exposure in the marketplace, Suntech has acquired substantial and valuable goodwill in the SUNTECH mark, which is represented by its trademark registrations.

We have learned that Sun Tech Solar Co., Ltd. ("STSC") plans to exhibit at the Solar Power 2008 trade show in San Diego, California in October 2008. We also are informed that STSC plans to use the mark "Sun Tech" at Solar Power 2008 and otherwise in the United States for products and services that are virtually identical to those offered by Suntech under the SUNTECH mark. However, because STSC is unrelated to Suntech, STSC is not authorized to

Mr. Yu Jiang, Chairman, Sun Tech Solar Co., Ltd.
May 14, 2008
Page 2

use brands or marks that are confusingly similar to the mark SUNTECH to identify products or
services at Solar Power 2008 or elsewhere in the United States.

STSC also is not authorized to use the mark SUNTECH to direct others who are seeking
SUNTECH products or services to STSC's Web site. Individuals who search on the Internet
using a search engine with the search term SUNTECH and locate the STSC Web site may be
confused into thinking that STSC, its web site or its products or services are sponsored, licensed
or authorized by Suntech. Individuals who have heard of the mark SUNTECH, but who are not
familiar with Suntech as a company, may think that STSC's "Sun Tech" products or services and
its Web site "www.solarsuntech.com" are the same as Suntech products, services and Web sites.

Therefore, by using "Sun Tech" STSC is likely to cause confusion or mistake among
consumers with respect to the source of STSC products or services, or STSC may tend to dilute
the distinctive character of Suntech's mark. Even if consumers are not actually confused or not
likely to be confused, STSC's actions will usurp a marketing opportunity of Suntech based on
improper use of its mark, which the Federal courts also have held to be unlawful.

These actions constitute trademark infringement directly or by contribution and dilution
of Suntech's rights under United States law. STSC's infringement may result in Suntech
suffering loss of actual or prospective customers or business, loss of goodwill, loss of marketing
opportunities, and other intangible but definite harm, at a cost that we are presently investigating.
This infringement must cease immediately.

To protect the value and distinctiveness of the mark SUNTECH, Suntech is legally
required to, and actively does, police its intellectual property rights. However, Suntech is also
willing to consider this a matter of innocent mistake and to reach an amicable resolution that
includes a transition period. Therefore, we demand that Sun Tech Solar Co. Ltd.:

- within one (1) month, or by June 15, 2008, discontinue all online use of "Sun
  Tech," the domain name "solarsuntech.com," or any other mark or domain name
  that is confusingly similar to SUNTECH, in any URL, text or graphics of STSC's
  web site;
- within three (3) months, or by August 15, 2008:
  - discontinue all use of "Sun Tech" or any other confusingly similar mark in
    any other form of media, including in all print publications, and destroy
    any print publications then existing that use "Sun Tech";
  - discontinue using "Sun Tech" as a company name;
  - inform the managers of the Solar Power 2008 trade show that STSC has
    adopted a new company name, and request the managers to register STSC
    under the new name, and to cease using "Sun Tech Solar Co. Ltd." in any
    online or print publications of Solar Power 2008;

Mr. Yu Jiang, Chairman, Sun Tech Solar Co., Ltd.
May 14, 2008
Page 3

- within one (1) week, confirm in writing to me that you will take the foregoing actions, and by August 15, 2008, confirm in writing to me that you have completed all the foregoing actions.  Email is acceptable for these communications.

If you elect not to accede to these requests or respond, we may take other action to protect the interests of Suntech, including legal action, without further notice or communication.

You may direct communications to me at (408) 414-1080, x202 or by email to cpalermo@hptb-law.com.

Sincerely,

Christopher J. Palermo

/CJP



**Hickman Palermo Truong & Becker LLP**
Intellectual Property Law

2055 Gateway Place Suite 550 ~ San Jose, CA 95110
Tel. (408) 414-1080 ~ Facsimile (408) 414-1076

# FACSIMILE TRANSMISSION

<u>**FROM:**</u>

| | | | |
|---|---|---|---|
| Attorney: | Christopher J. Palermo | Direct Phone: | 408-414-1202 |
| Attorney's E-Mail: | cpalermo@hptb-law.com | Sender's Fax: | 408-414-1076 |
| Secretary: | Teresa Austin | Direct Phone: | 408-414-1217 |
| Client/Matter/Tkpr: | 60187-0010 | Date: | May 14, 2008     Time Sent: 11:45 PDT |

Number of pages including this page: ____4____

**TO:**

| Name | Company | Facsimile No. | Contact No. |
|---|---|---|---|
| l. YU JIANG | SUN TECH SOLAR CO. LTD | 011-86-755-83589378<br>*011 852 2776 6274* | |

Our letter follows.

Sincerely,
Christopher J. Palermo

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the original message to us at the above address via the United States Postal Service. Thank you.



# SHENZHEN XINTIAN SOLAR TECHNOLOGY CO., LTD

Xintian Solar Energy City, No.1, Long Cheng Bei Road,
Longgang Center City, Longgang District, Shenzhen City, China
TEL: (86)755-28996999    FAX: (86)755-28959162

**SUN TECH.**

Re: SUNTECH Trademarks    Your file 60187-0010

To:

Christopher J. Palermo

Hickman Palermo Truong & Becker LLP

2055 Gateway Pl Ste 550

San Jose, CA 95110-1093

Universal Phone: 001.408.728.6498

Fax 001.408.414.1076

www.hptb-law.com

MAY 1 9 2008

2008.5.16

Dear Sir/Madam,

Refer to your letter date May, 14,2008, we are so surprised and respond as below.

We, Shenzhen Xintian Solar Technology Co., Ltd. was founded in 2000 in Shenzhen by Mr. Yu Jiang and invested in the solar industry business. Organic growth, profitable since 2002.

On March, 2003, we successful built up the company, named Sun Tech Solar Company Limited in Hong Kong, and from then, we use our trademark "Sun Tech" all over the world, such as for Hong Kong, China mainland, Europe, Africa, USA and South-East Asia.

we had registered our trademark in China, too. At that time, we also queried from the government, the result was allowed us to use the company named Sun Tech Solar Company Limited as well as the trademark "Sun Tech". But now you also can find many similar companies as "suntech" all over the world as well as using in the internet.

In fact, we didn't know Suntech Power at that period. In the same time, we had created our website with the domain name www.solarsuntech.com and no one rejected it.   So we have used this trademark and website for more than 5 years.

After we built up our trademark "Sun Tech", we have participated in many exhibitions with the company name Sun Tech Solar Co. Ltd. such in Europe, Hong Kong, China, America for Expo Intersolar, Solar Power... We also invested a lot of money in our trademark and built up the business through the Internet. The company's brand "SUN TECH" New Science Source was awarded as "national solar cell products" acknowledged top ten brands by Chinese Quality Guarantee Centre. It was recognized by China government.

So we don't know why you ask us to stop use our trademark and not to use our company "Sun Tech Solar Company Limited" as a register in Solar Power 2008 expo. It's unreasonable!

Kind regards,

Yu Jiang

SHENZHEN XINTIAN SOLAR TECHNOLOGY CO., LTD

深圳市新天光电科技有限公司

TEL: (86)755-28996999  FAX: (86)755-28959162



# Hickman Palermo Truong & Becker LLP
## Intellectual Property Law

2055 Gateway Place • Suite 550 • San Jose • California • 95110-1083
Telephone (408) 414-1080 • Facsimile (408) 414-1076 • www.hptb-law.com

June 3, 2008

BY FACSIMILE TO 011-86-755-28959162

Mr. Yu Jiang, Chairman
Shenzhen Xintian Solar Technology Co., Ltd.
Xintian Solar Energy City, No.1, Long Cheng Bei Road
Longgang Center City
Longgang District
Shenzhen City
People's Republic of China

      Re:    SUNTECH Trademarks
              Our file 60187-0010

Dear Mr. Jiang:

Thank you for your letter dated May 16, 2008.

We have researched your claims but could not locate any evidence to support your statements that you have used the trademark "Sun Tech" in the United States starting in 2003. We did not find any news articles, press releases, business stories, reports about exhibitions or trade show appearances, sales information, publications, or other promotions in the United States.

We did confirm that you registered your domain name on June 26, 2003. However, the mere registration of a domain name normally does not qualify as "use" of a trademark in the United States. Even if it did, Suntech entered the United States market at least as early as 2002, and based on information presently known to us, Suntech is the prior user of SUNTECH in the United States. In the domain name registration process, the domain name registrars do not examine "reject" domain names on the basis of trademark rights, so the creation of your domain name without "rejection" is not relevant.

Your statements about registration in China, querying the government about the company name, the "top ten brand" recognition award, and exhibitions outside the United States also are not relevant to the question of the right to use the trademark in the United States. Moreover, Suntech's Chinese trademark registrations 3058485 (SuntechPower) and 3481006 (Suntech) have filing dates that are earlier than your registration 3517240, so Suntech has priority in China.

Mr. Yu Jiang, Chairman, Sun Tech Solar Co., Ltd.
June 3, 2008
Page 2


Thus, the information you provided does not change the fact that Suntech owns a United States federal trademark registration for SUNTECH for solar power-related products, and is entitled to stop others from using confusingly similar names for similar products in the United States, including at commercial events such as Solar Power 2008. The information you provided also does not convince us that we should allow continued use of "Sun Tech" in your company name.

Therefore, we repeat our request that you discontinue using "Sun Tech" in a company name or as a brand to promote products. If no change occurs, then confusion is certain to arise in connection with Solar Power 2008, or in connection with US sales efforts, or Suntech's marks will be diluted.

We are willing to provide a reasonable transition period for you to accomplish a change of name. The shares of Suntech trade on the New York Stock Exchange (NYSE) under ticker symbol STP. Suntech had worldwide turnover of greater than $1.3 billion in 2007 and is well known as the source of SUNTECH brand solar power products. We realize that our letter of May 14, 2008 may have been surprising, but the simple fact is that Suntech is recognized worldwide as the sole source of SUNTECH brand solar power products and Suntech must protect its brand on a worldwide basis. We do not want to initiate legal proceedings just before Solar Power 2008. Therefore, you may find it simpler, less costly, and better for you and your customers to undertake a transition to a new name now.

As stated in my prior letter, we can provide until August 15, 2008 for you to complete a change. However, the completion date is flexible and can be extended for a reasonable period of time.

Sincerely,

Christopher J. Palermo

/CJP

TRANSMISSION VERIFICATION REPORT

```
                                        TIME : 06/03/2008 08:08
                                        NAME : HICKMAN
                                        FAX  : 4083920542
                                        TEL  : 4084141080
                                        SER.# : 000L7N310664
```

```
DATE,TIME            06/03  08:06
FAX NO./NAME         0118675528959162
DURATION             00:01:22
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```

**Hickman Palermo Truong & Becker LLP**
Intellectual Property Law

2055 Gateway Place Suite 550 ~ San Jose, CA  95110
Tel. (408) 414-1080 ~ Facsimile (408) 414-1076

## FACSIMILE TRANSMISSION

**FROM:**

| | | | |
|---|---|---|---|
| Attorney: | Christopher J. Palermo | Direct Phone: | 408-414-1202 |
| Attorney's E-Mail: | cpalermo@hptb-law.com | Sender's Fax: | 408-414-1076 |
| Secretary: | Teresa Austin | Direct Phone: | 408-414-1217 |
| Client/Matter/Tkpr: | 60187-0010 | Date:   June 3, 2008 | Time Sent:   20:00 PDT |

Number of pages including this page:   2

**TO:**

| Name | Company | Facsimile No. | Contact No. |
|---|---|---|---|
| ). YU JIANG | SUN TECH SOLAR CO. LTD | 011-86-755-28959162 | |

Our letter follows.

Sincerely,
Christopher J. Palermo

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this facsimile is strictly prohibited.  If you have received this facsimile in error, please notify us immediately by telephone and return the original message to us at the above address via the United States Postal Service.  Thank you.

1

2

# CERTIFICATE OF SERVICE

3

4

5

6

7

    I certify that on September 5, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **DECLARATION OF ROGER EFIRD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** was served on the parties in this action by **ELECTRONIC MAIL & FACSIMILE** addressed as follows:

8

9

10

| SHENZHEN XINTIAN SOLAR TECHNOLOGY CO., LTD. | SUN TECH SOLAR CO., LTD. |
|---|---|
| E-mail: styujiang@yahoo.com | E-mail: leonli@solarsuntech.com |
| Facsimile: 011-86-755-28959162 | solar-xintian@163.com |
| | Facsimile: 852-2776-6274 |

11

12

13

14

15

    I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

    Executed on September 5, 2008 at Pasadena, California.

16

17

_____
Roxanne Gaines

18

RG PAS812051.1-*-09/5/08 12:56 PM

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I certify that on September 5, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **DECLARATION OF ROGER EFIRD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** was served on the parties in this action by **HAND DELIVERY** addressed as follows:

SUN TECH SOLAR CO., LTD.
FlatB, 2/F, Lung Wa Building
22 Fuk Wa St.
Sham Shui Po
Kowloon
Hong Kong
E-mail: leonli@solarsuntech.com
        solar-xintian@163.com
Facsimile: 852-2776-6274

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on September 5, 2008 at Pasadena, California.

_____
                                    signature

RG PAS812051.1-*-09/5/08 12:56 PM